IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

CALVIN RAY KENNEDY AND CYNTHIA M. KENNEDY

20-30208
Chapter 11

NOTICE OF APPEARANCE PURSUANT TO RULE 9010 (b) and REQUEST FOR NOTICES UNDER RULE 2002

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure enters the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Fay Servicing, LLC Servicer for Mill City Mortgage Loan Trust 2018-1, Wilmington Savings Fund Society, FSB, as Trustee ("Fay Servicing, LLC"), a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure be mailed to counsel.

*/s/ Andrew Lawrence Vining*
Andrew Lawrence Vining, Attorney for Creditor, Bar # 48677
avining@logs.com |704-831-2286
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Grady Ingle
gingle@logs.com | 704-831-2217
Electronic Service Notifications: ncbkmail@shapiro-ingle.com