B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
WESTERN District of NORTH CAROLINA

In re CALVIN KENNEDY,     Case No. 20-30208
CYNTHIA KENNEDY
    Debtor                  Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of 12.31.19 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| RAMSEY-PEELE CORP. | 85% | 1 |
| VALUE INNOVATION TECHNOLOGIES | 85% | 2 |
|  |  |  |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                           2

Date: **3.13.2020**

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

*/s/ Calvin Ross Kennedy*
Signature of Debtor

*/s/ Cynthia M. Kennedy*
Signature of Joint Debtor

# TAB 1, RAMSEY-PEELE CORPORATION

# Valuation Estimate
# Ramsey-Peele Corporation

Ramsey-Peele Corp. has a negative shareholder's equity balance, suggesting a valuation of $0. Independent operators of daycare businesses have been challenged by national and regional chains that have made it very hard to compete. As a result, other independent daycare operations have been selling for an amount approximately equal to the value of the real estate (any owned facilities). Based on the comparable sales method, Ramsey-Peele Corp. has a valuation of not more than $50,000.

# Ramsey-Peele Corporation
## Balance Sheet
### As of December 31, 2019

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Total Bank Accounts | $ 149,896.09 |
| Other Current Assets | |
| 1255 Due from/(to) Affiliates | 64,039.70 |
| **Total Current Assets** | $ 213,935.79 |
| **Total Fixed Assets** | $ 77,417.37 |
| Other Assets | |
| Security Deposits | 19,415.00 |
| **TOTAL ASSETS** | $ 310,768.16 |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | $ 101,748.81 |
| Credit Cards | $ 11,529.73 |
| Other Current Liabilities | |
| 2152 Due-to/(from)-C. Ray Kennedy | 0.00 |
| Other Current Liabilities | 85,527.48 |
| Total Other Current Liabilities | $ 85,527.48 |
| Total Current Liabilities | $ 198,806.02 |
| Long-Term Liabilities | |
| 2130 Notes Payable - Daimler Truck | 41,488.37 |
| Notes Payable | 97,514.97 |
| Notes Payable - C.Ray & Cynthia Kennedy | 1,550,749.19 |
| Notes Payable - Cynthia Kennedy | 51,347.16 |
| Notes Payable - Kim Griffith | 390,811.57 |
| Notes Payable - Lending Club | 76,664.72 |
| Total Long-Term Liabilities | $ 2,208,575.98 |
| **Total Liabilities** | $ 2,407,382.00 |
| Equity | |
| 3000 Common Stock | 1,000.00 |
| 3001 Paid-In Capital or Surplus | 175,921.49 |
| Opening Balance Equity | -2,214,467.00 |
| Owner's Pay & Personal Expenses | -1,943.64 |
| Retained Earnings | -221,146.53 |
| Net Income | 164,021.84 |
| **Total Equity** | -$ 2,096,613.84 |
| **TOTAL LIABILITIES AND EQUITY** | $ 310,768.16 |

Monday, Feb 17, 2020 07:57:29 AM GMT-8 - Accrual Basis

## Ramsey-Peele Corporation
## Profit and Loss
For the Year to Date Period Ending December 31, 2019

|  | Total |
|---|---:|
| **Income** | |
| Food Services | $ 237,442.29 |
| Grants | 1,771,440.02 |
| NC Pre-K | 215,639.16 |
| Tuition | 2,505,401.24 |
| **Total Income** | $ 4,729,922.71 |
| | |
| **Total Cost of Services Provided** | $ 493,759.07 |
| **Gross Profit** | $ 4,236,163.64 |
| **Expenses** | |
| Insurance | $ 165,345.56 |
| Salaries and Wages | 2,574,054.19 |
| Contractors | 790.90 |
| Payroll Taxes | 194,526.69 |
| 401K Employer Match | 18,107.51 |
| Other Payroll Expenses | 15,713.68 |
| Bank Charges & Fees | 6,739.82 |
| Car & Truck | 90,978.35 |
| Dues & subscriptions | 3,441.29 |
| Employee Benefits | 1,125.00 |
| Employee Training | 4,488.41 |
| Legal & Professional Services | 129,747.64 |
| Meals & Entertainment | 4,452.35 |
| Office Supplies & Software | 18,819.70 |
| Other Business Expenses | 32,902.75 |
| Purchases | 632.26 |
| Rent & Lease | 539,179.70 |
| Repairs & Maintenance | 142,989.45 |
| Shipping and Postage | 788.22 |
| Storage | 8,493.30 |
| Supplies & Materials | 19,379.28 |
| Total Travel | 949.56 |
| Total Utilities | 87,583.88 |
| **Total Expenses** | $ 4,061,229.49 |
| **Net Operating Inc. before Int., Taxes, & Depre.** | $ 174,934.15 |
| Depreciation | 0.00 |
| Interest Paid | 7,142.87 |
| Taxes & Licenses | 3,769.44 |
| **Net Income** | $ 164,021.84 |

# Ramsey-Peele Corporation
## Statement of Cash Flows
For the Year to Date Period Ending December 31, 2019

|  | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 164,021.84 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|   1255 Due to/(from) Affiliates | -37,126.34 |
|   Accounts Payable (A/P) | -157,854.47 |
|   FC Line Of Credit (0088) | -305.10 |
|   HC Line Of Credit (0062) | 1,143.09 |
|   NC Line Of Credit (0054) | 255.37 |
|   UCDC Line Of Credit (0039) | 1,376.86 |
|   UEP Line Of Credit (0047) | 801.28 |
|   2152 Due-to/(from)-C. Ray Kennedy | 0.00 |
|   Other Current Liabilities | 85,527.48 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | -$ 106,181.83 |
| **Net cash provided by operating activities** | $ 57,840.01 |
| **INVESTING ACTIVITIES** | |
| Net cash provided by investing activities | $ 0.00 |
| **FINANCING ACTIVITIES** | |
|   2130 Notes Payable - Daimler Truck | -20,723.09 |
|   2132 Notes Payable - Nissan Motor | 0.00 |
|   Notes Payable | 97,514.97 |
|   Notes Payable - C.Ray & Cynthia Kennedy | 22,683.99 |
|   Notes Payable - Cynthia Kennedy | -6,007.32 |
|   Notes Payable - Kim Griffith | -16,124.97 |
|   Notes Payable - Lending Club | -131,556.96 |
| **Net cash provided by financing activities** | -$ 54,213.38 |
| **Net cash increase for period** | $ 3,626.63 |
| Cash at beginning of period | 146,269.46 |
| **Cash at end of period** | $ 149,896.09 |

Wednesday, Mar 11, 2020 04:58:53 PM GMT-7

# Ramsey-Peele Corporation
## Statement of Stockholder's Equity
## For the Year Ending December 31, 2019

|  | Common Stock | Additional Paid-in Capital | Retained Earnings |
|---|---|---|---|
| Balance, December 31, 2018 | $ 1,000.00 | $ 175,921.49 | $ (2,435,613.33) |
| Net Income (Loss) |  |  | 164,021.84 |
| Balance, December 31, 2019 | 1,000.00 | 175,921.49 | (2,271,591.49) |

# Description of Operations – Ramsey-Peele Corporation

Ramsey-Peele Corp. operates three daycare centers in the Charlotte, NC area under the name University Child Development Center.

# TAB 2, VALUE INNOVATION TECHNOLOGIES CORP.

Case 20-30208    Doc 25    Filed 03/14/20    Entered 03/14/20 12:10:22    Desc Main
Document    Page 10 of 16

# Valuation Estimate

# Value Innovation Technologies Corp.

Value Innovation Technologies Corp. (VIT) is a startup company with significant debt, inconsistent revenue, and significant losses to date. The company has negative equity, suggesting a valuation of $0. VIT also has a negative retained earnings balance. This suggests a discounted cash flow valuation of $0.

# Value Innovation Technologies
## Balance Sheet
### As of December 31, 2019

|  | Total |
|---|---:|
| **ASSETS** | |
|  **Current Assets** | |
|   **Bank Accounts** | |
|    1011 Operating Checking (4790) | -447.31 |
|    1100 Payroll Checking (5549) | 1,520.70 |
|   **Total Bank Accounts** | $ 1,073.39 |
|   **Accounts Receivable** | |
|    1200 Accounts Receivable (A/R) | 250,000.00 |
|   **Total Accounts Receivable** | $ 250,000.00 |
|  **Total Current Assets** | $ 251,073.39 |
|  **Fixed Assets** | |
|   1625 eLink Software | 2,411,054.10 |
|   1702 Accumulated Depreciation | -634,052.00 |
|  **Total Fixed Assets** | $ 1,777,002.10 |
| **TOTAL ASSETS** | $ 2,028,075.49 |
| **LIABILITIES AND EQUITY** | |
|  **Liabilities** | |
|   **Current Liabilities** | |
|    **Accounts Payable** | |
|     2000 Accounts Payable (A/P) | 36,382.25 |
|    **Total Accounts Payable** | $ 36,382.25 |
|    **Other Current Liabilities** | |
|     2010 Unearned Income | 250,000.00 |
|     Loan Payable | 260,000.00 |
|    **Total Other Current Liabilities** | $ 510,000.00 |
|   **Total Current Liabilities** | $ 546,382.25 |
|   **Long-Term Liabilities** | |
|    2110 Note Payable - R. Annable | 338,684.93 |
|    2120 Note Payable - C. McKee | 34,371.14 |
|    2130 Note Payable - Decathlon | 2,405,030.90 |
|    2152 Note Payable - Mr. Kennedy | 246,352.52 |
|    2155 Note Payable - Related Parties | 22,155.51 |
|   **Total Long-Term Liabilities** | $ 3,046,595.00 |
|  **Total Liabilities** | $ 3,592,977.25 |
|  **Equity** | |
|   3000 Common Stock | 650,000.00 |
|   3550 Paid-In Capital | 19,600.00 |
|   Opening Balance Equity | -2,753,186.00 |
|   Retained Earnings | 2,012,079.50 |
|   Net Income | -1,493,395.26 |
|  **Total Equity** | -$ 1,564,901.76 |
| **TOTAL LIABILITIES AND EQUITY** | $ 2,028,075.49 |

Sunday, Feb 09, 2020 10:39:46 PM GMT-8 - Accrual Basis

# Value Innovation Technologies
## Profit and Loss
### January - December 2019

| | | |
|---|---:|---:|
| **Income** | | |
| 4028 Gateway Subscription | | 32,249.25 |
| Billable Expense Income | | 5,000.00 |
| **Total Income** | **$** | **37,249.25** |
| **Cost of Goods Sold** | | |
| 5000 eLink Software Costs | | 81,355.36 |
| **Total Cost of Goods Sold** | **$** | **81,355.36** |
| **Gross Profit** | **-$** | **44,106.11** |
| **Expenses** | | |
| 6300 Insurance | | -10,937.29 |
|   6302 Life | | 3,465.12 |
|   6303 General Liability | | 2,765.66 |
|   6304 Medical | | 38,988.00 |
|   6306 Dental & Vision | | 3,828.36 |
| **Total 6300 Insurance** | **$** | **38,109.85** |
| 6700 Salaries and wages | | 208,650.75 |
| 6710 Contractors | | 33,920.00 |
| 6730 Payroll Taxes | | 0.00 |
|   6731 Social Security Withholding | | 12,407.68 |
|   6732 Medicare Withholding | | 2,901.83 |
|   6733 Federal Unemployment | | 126.00 |
|   6734 State Unemployment | | 2,045.76 |
| **Total 6730 Payroll Taxes** | **$** | **17,481.27** |
| Advertising & Marketing | | 16,265.36 |
| Bank Charges & Fees | | 2,871.00 |
| Dues & Subscriptions | | 795.00 |
| Interest Paid | | 850,606.06 |
| Legal & Professional Services | | 42,134.51 |
| Office Supplies & Software | | 4,661.64 |
| Other Business Expenses | | 25,526.59 |
| Rent & Lease | | 40,450.56 |
| Taxes & Licenses | | 748.75 |
| Travel | | 573.29 |
|   Lodging | | 518.18 |
|   Travel Meals | | 331.13 |
| **Total Travel** | **$** | **1,422.60** |
| Utilities | | 0.00 |
|   Telephone | | 7,132.21 |
| **Total Utilities** | **$** | **7,132.21** |
| **Total Expenses** | **$** | **1,290,776.15** |
| **Net Operating Income** | **-$** | **1,334,882.26** |
| **Other Expenses** | | |
| Depreciation | | 158,513.00 |
| **Total Other Expenses** | **$** | **158,513.00** |
| **Net Other Income** | **-$** | **158,513.00** |
| **Net Income** | **-$** | **1,493,395.26** |

Sunday, Feb 09, 2020 10:30:54 PM GMT-8 - Accrual Basis

# Value Innovation Technologies
## Statement of Cash Flows
### For the Year Ended December 31, 2019

| | | Total |
|---|---|---:|
| **OPERATING ACTIVITIES** | | |
| Net Income | | -1,493,395.26 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | |
| 1200 Accounts Receivable (A/R) | | -250,000.00 |
| 1874 Prepaid Expense | | 12,646.07 |
| 1702 Accumulated Depreciation | | 158,513.00 |
| 2000 Accounts Payable (A/P) | | -5,809.45 |
| 2010 Unearned Income | | 217,750.75 |
| Loan Payable | | 260,000.00 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | $ | 393,100.37 |
| Net cash provided by operating activities | -$ | 1,100,294.89 |
| **FINANCING ACTIVITIES** | | |
| 2120 Note Payable - C. McKee | | -32,325.28 |
| 2130 Note Payable - Decathlon | | 337,800.82 |
| 2152 Note Payable - Mr. Kennedy | | 5,000.00 |
| 2165 Note Payable - Related Parties | | 33,597.02 |
| 3000 Common Stock | | 650,000.00 |
| 3500 Redeemable Preferred Stock | | -300,000.00 |
| Net cash provided by financing activities | $ | 694,072.56 |
| Net cash increase for period | -$ | 406,222.33 |
| Cash at beginning of period | | 407,295.72 |
| Cash at end of period | $ | 1,073.39 |

# Value Innovation Technology
## Statement of Stockholder's Equity
## For the Year Ending December 31, 2019

|  | Common Stock | Preferred Stock | Additional Paid-in Capital | Retained Earnings |
|---|---|---|---|---|
| Balance, December 31, 2018 | $      - | $ 300,000.00 | $ 19,600.00 | $ (741,106.50) |
| Net Income (Loss) |  |  |  | (1,149,066.21) |
| Stock Conversion | 650,000.00 | (300,000.00) |  |  |
| Balance, December 31, 2019 | 650,000.00 | - | 19,600.00 | (1,890,172.71) |

# Description of Operations

# Value Innovation Technologies Corp.

Value Innovation Technologies Corp. (VIT) is a software as a service company that builds electronic shopping catalogs for business clients.