FILED
U.S. Bankruptcy Court, NCW

NOV 12 2020

Steven T. Salata, Clerk
Charlotte Division/GAA

RE: **RAY AND CYNTHIA KENNEDY**
CASE NUMBER: 20-30208

## QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING __September 30,__ , 2020.

**DISBURSEMENTS***

1. MONTH / DISBURSEMENTS

| MONTH | DISBURSEMENTS |
|---|---|
| July | $ 8,715.22 |
| August | $ 5,228.24 |
| September | $ 8,892.78 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 22,836.24 |

2. QUARTERLY FEE OWED PURSUANT TO   $ 650.00
   28 U.S.C. § 1930(a)(6)

3. QUARTERLY FEE PAID   $ 650.00
   (Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)   $ _____

I, _____, acting as the duly authorized agent for the Debtor-In-Possession (Trustee)(Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: __10/31/20__         __Ray and Cynthia Kennedy__
                              For the Debtor-In-Possession (Trustee) (Plan Adm.)

(Print or type name and capacity      __Ray Kennedy, Debtor__
of person signing this                *(signature)*
Declaration.)

The check for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the clerk of court.
*For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.