UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>CALVIN RAY KENNEDY a/k/a<br>C. RAY KENNEDY and<br>CYNTHIA M. KENNEDY,<br><br>Debtors. | CASE NO. 20-30208<br>CHAPTER 11 |

## OBJECTION TO DISCLOSURE STATEMENT

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II (hereinafter "Wilmington Savings"), by and through counsel, hereby objects to the Debtors' Disclosure Statement (doc #73) pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure and the prior Orders of this Court. As set forth in 11 U.S.C. § 1125(a), the Debtors are required to provide adequate information of a kind and in sufficient detail in the light of the nature and history of the Debtors and their financial condition. More specifically, the Debtors own a majority of the equity interests in a number of entities including Ramsey-Peele Corp. In the Periodic Report Regarding Value, et al. (document #72), it appears that Ramsey-Peele Corp. may have substantial value and may have meaningful balances in various deposit accounts. Wilmington Savings requests that the Debtors supplement the Disclosure Statement to show all assets and liabilities of each entity as set forth in the Period Report Regarding Value, et al.

WHEREFORE, Wilmington Savings prays the Court as follows:

1.  That the Court require that the Debtors provide all assets and liabilities, as of the date of hearing of confirmation, of Ramsey-Peele Corp. and Value Innovation Technologies Corp.; and

2. For such other and further relief as the Court may deem just and proper.

This the 70 day of April, 2020.

        HUTCHENS LAW FIRM LLP
        Attorneys for Wilmington Savings Fund Society, FSB d/b/a
        Christiana Trust, not in its individual capacity but solely as
        Owner Trustee of Residential Credit Opportunities Trust II

By: _____
        William Walt Pettit
        NC Bar No.: 9407
        6230 Fairview Road, Suite 315
        Charlotte, N.C. 28210
        Telephone: (704) 362-9255
        Email: walt.pettit@hutchenslawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>CALVIN RAY KENNEDY a/k/a<br>C. RAY KENNEDY and<br>CYNTHIA M. KENNEDY,<br><br>            Debtors. | CASE NO. 20-30208<br>CHAPTER 11 |

## **CERTIFICATE OF SERVICE**

      I, William Walt Pettit, attorney of record for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II, hereby certify that on the ___20th___ day of April, 2021 I serviced a copy of the Objection to Disclosure Statement by either electronic notice in accordance with the local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed to all individuals/entities appearing on the Debtors' mailing matrix and as follows:

Calvin Ray Kennedy
a/k/a C. Ray Kennedy
Cynthia M. Kennedy
4324 Satterwythe Lane
Charlotte, NC 28215

James H. Henderson, Esq.
(by ECF service)

Shelley K. Abel, Esq.
U.S. Bankruptcy Administrator's Office
(by ECF service)

                        HUTCHENS LAW FIRM LLP
                        Attorneys for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II

                        By: _/s/ William Walt Pettit_
                        William Walt Pettit
                        NC Bar No.: 9407
                        6230 Fairview Road, Suite 315
                        Charlotte, N.C. 28210
                        Telephone: (704) 362-9255
                        Email: walt.pettit@hutchenslawfirm.com