UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
DIVISION

FILED
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF NC
'21 MAY 17 P2:52
STEVEN T. SALATA, CLERK
BY:

In re: )
Ray Kennedy )  Case No.: 20-30208
Cynthia Kennedy )
 ) Chapter 11
_____ Debtor(s). )

## QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING _____March 31, 2021_____.

**DISBURSEMENTS***

1. | MONTH | DISBURSEMENTS |
   |---|---|
   | January | $ 5,304.85 |
   | February | $ 10,230.04 |
   | March | $ 7,720.54 |
   | TOTAL DISBURSEMENTS FOR QUARTER | $ 23,255.43 |

2. QUARTERLY FEE OWED PURSUANT TO          $          250
   28 U.S.C. § 1930(a)(6)

3. QUARTERLY FEE PAID                       $          250

4. AMOUNT OF UNPAID FEES (IF ANY)           $            0

I, Ray Kennedy, acting as the duly authorized agent for the Debtor-In-Possession / Trustee / Plan Administrator declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 4/30/21                          Ray and Cynthia Kennedy
                                        For the Debtor-In-Possession / Trustee / Plan Adm.

(Print or type name and capacity         Name: Ray Kennedy
of person signing this                   Title: [signature] Ray Kennedy
Declaration.)

The check for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the Clerk of Court. Quarterly fees may be paid via CM/ECF.
*For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

Form Rev. 4/2021