**Fill in this information to identify the case:**

Debtor Name: Calvin Ray Kennedy and Cynthia M. Kennedy

United States Bankruptcy Court for the: Western   District of NC
(State)

Case number: 20-30208

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of December 31, 2020 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Ramsey-Peele Corp. | 85% | 1 |
| Value Innovation Technologies Corp. | 85% | 2 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name    Calvin Ray Kennedy and Cynthia M. Kennedy

Case number 20-30308

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| **For non-individual Debtors:** | ✘ _____ |
| | Signature of Authorized Individual |
| | _____ |
| | Printed name of Authorized Individual |
| | Date _____ |
| | MM / DD / YYYY |

| **For individual Debtors:** | ✘ /s/ Calvin Ray Kennedy | ✘ /s/ Cynthia M. Kennedy |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Calvin Ray Kennedy | Cynthia M. Kennedy |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date 05/24/2021 | Date 05/24/2021 |
| | MM / DD / YYYY | MM / DD / YYYY |

# Tab 1

# Ramsey Peele Corporation

# Exhibit A

# Financial Statements for Ramsey-Peele Corp.

# Exhibit A-1

# Balance Sheet

# Ramsey-Peele Corp.

# Ramsey-Peele Corporation
## Balance Sheet
### As of December 31, 2020

| | | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Total Cash | $ | 1,087,567.28 |
| Other Current Assets | | |
| 1255 (Due to)/from Affiliates | | 176,898.30 |
| Total Other Current Assets | $ | 176,898.30 |
| Total Current Assets | $ | 1,264,465.58 |
| Total Fixed Assets | $ | 69,989.89 |
| Other Assets | | |
| Security Deposits | | 19,415.00 |
| Total Other Assets | $ | 19,415.00 |
| **TOTAL ASSETS** | $ | 1,353,870.47 |
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Total Accounts Payable | $ | 914,451.90 |
| Other Current Liabilities | | |
| Other Current Liabilities | | 11,351.16 |
| PPP Loan Payable | | 564,770.00 |
| Total Other Current Liabilities | $ | 576,121.16 |
| Total Current Liabilities | $ | 1,490,573.06 |
| Long-Term Liabilities | | |
| 2130 Notes Payable - Daimler Truck | | 18,709.68 |
| Notes Payable - C.Ray & Cynthia Kennedy | | 797,912.26 |
| Notes Payable - Cynthia Kennedy | | 51,347.16 |
| Notes Payable - Kim Griffith | | 390,811.57 |
| Notes Payable - Lending Club | | 98,446.21 |
| Total Long-Term Liabilities | $ | 1,357,226.88 |
| **Total Liabilities** | $ | 2,847,799.94 |
| Equity | | |
| 3000 Common Stock | | 1,000.00 |
| 3001 Paid-In Capital or Surplus | | 175,921.49 |
| Opening Balance Equity | | -2,214,467.00 |
| Retained Earnings | | -117,657.02 |
| Net Income | | 661,273.06 |
| **Total Equity** | -$ | 1,493,929.47 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 1,353,870.47 |

# Exhibit A-2

# Statement of Income

# Ramsey-Peele Corp.

# Ramsey-Peele Corporation
# Profit and Loss
### For the Year to Date Period Ending December 31, 2020

|  | Total |
|---|---|
| **Income** |  |
| Food Services | 177,858.27 |
| Grants | 1,777,280.82 |
| NC Pre-K | 782,533.86 |
| Tuition | 2,293,086.55 |
| **Total Income** | $ 5,030,759.50 |
| **Total Cost of Goods Sold** | $ 338,946.10 |
| **Gross Profit** | $ 4,691,813.40 |
| **Expenses** |  |
| 6300 Insurance | 182,306.85 |
| 6700 Salaries and Wages | 2,708,762.28 |
| 6730 Payroll Taxes | 204,974.19 |
| 6740 401K Employer Match | 9,058.04 |
| 6750 Other Payroll Expenses | 23,848.69 |
| Bank Charges & Fees | 3,510.19 |
| Car & Truck | 56,114.73 |
| Charitable Contributions | 800.00 |
| Dues & subscriptions | 4,541.16 |
| Employee Benefits | 1,040.13 |
| Employee Training | 4,303.64 |
| Interest Paid | 5,052.40 |
| Legal & Professional Services | 88,436.15 |
| Meals & Entertainment | 1,941.55 |
| Office Supplies & Software | 14,823.59 |
| Other Business Expenses | 1,507.74 |
| Reimbursable Expenses | 636.82 |
| Rent & Lease | 455,970.38 |
| Repairs & Maintenance | 159,746.86 |
| Shipping and Postage | 265.15 |
| Storage | 12,724.00 |
| Supplies & Materials | 14,663.23 |
| Taxes & Licenses | 2,741.46 |
| Travel | 420.28 |
| Utilities | 82,350.83 |
| **Total Expenses** | $ 4,040,540.34 |
| **Net Operating Income** | $ 651,273.06 |
| **Other Income** |  |
| Emergency Injury Disaster Grant | 10,000.00 |
| **Total Other Income** | $ 10,000.00 |
| **Net Other Income** | $ 10,000.00 |
| **Net Income** | $ 661,273.06 |

# Exhibit A-3

# Statement of Cashflows

# Ramsey-Peele Corp.

# Ramsey-Peele Corporation
## Statement of Cash Flows
### January - December 2020

| | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **Net Income** | 661,273.06 |
| **Adjustments to reconcile Net Income to Net Cash provided by operations:** | |
| **1255 Due to/(from) Affiliates** | -139,771.96 |
| **Accounts Payable (A/P)** | 352,133.57 |
| **Other Current Liabilities** | 1,900.99 |
| **PPP Loan Payable** | 564,770.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | $ 779,032.60 |
| **Net cash provided by operating activities** | $ 1,440,305.66 |
| **FINANCING ACTIVITIES** | |
| **2130 Notes Payable - Daimler Truck** | -20,744.52 |
| **Notes Payable** | -97,514.97 |
| **Notes Payable - C.Ray & Cynthia Kennedy** | -324,303.44 |
| **Notes Payable - Lending Club** | -10,963.08 |
| **Net cash provided by financing activities** | -$ 453,526.01 |
| **Net cash increase for period** | $ 986,779.65 |
| **Cash at beginning of period** | 100,788.63 |
| **Cash at end of period** | $ 1,087,568.28 |

# Exhibit A-4

# Changes in Shareholder's Equity

# Ramsey Peele Corp.

No changes.

# Exhibit B

# Description of Operations

# Ramsey-Peele Corp.

Ramsey-Peele Corp. operates three daycare centers in the Charlotte, NC area under the name University Child Development Center.

# Exhibit C

# Description of Intercompany Claims

# Ramsey-Peele Corp.

As of December 31, 2020, Value Innovation Technologies Corp. owed Ramsey-Peele
Corporation $175,898.30.

# Exhibit D

# Allocation of Tax Liabilities

# Ramsey-Peele Corp.

There is no allocation of tax liabilities.

# Exhibit E

# Description of Payments Made by Ramsey-Peele Otherwise Payable by the Debtors

Ramsey-Peele Corp., in lieu of rent on the Northcross and Clark Creek properties, pays the monthly mortgage and escrow payments to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II.

# Tab 2

# Value Innovation Technologies Corp.

# Exhibit A

# Financial Statements for Value Innovation Technologies Corp.

# Exhibit A-1

# Balance Sheet

# Value Innovation Technologies Corp.

# Value Innovation Technologies
## Balance Sheet
### As of December 31, 2020

|  |  | Total |
|---|---|---|
| **ASSETS** |  |  |
| **Current Assets** |  |  |
| Total Cash | $ | 30,178.38 |
| **Total Current Assets** | $ | 30,178.38 |
| **Fixed Assets** |  |  |
| 1625 eLink Software |  | 2,411,054.10 |
| 1702 Accumulated Depreciation |  | -634,052.00 |
| **Total Fixed Assets** | $ | 1,777,002.10 |
| **TOTAL ASSETS** | $ | 1,807,180.48 |
| **LIABILITIES AND EQUITY** |  |  |
| **Liabilities** |  |  |
| **Current Liabilities** |  |  |
| Total Accounts Payable | $ | 50,979.79 |
| **Other Current Liabilities** |  |  |
| 2010 Unearned Income |  | 58,333.35 |
| Loan Payable |  | 212,706.44 |
| PPP Loan Payable |  | 50,510.00 |
| **Total Other Current Liabilities** | $ | 321,549.79 |
| **Total Current Liabilities** | $ | 372,529.58 |
| **Long-Term Liabilities** |  |  |
| 2110 Note Payable - R. Annable |  | 150,000.00 |
| 2120 Note Payable - C. McKee |  | 34,371.14 |
| 2130 Note Payable - Decathlon |  | 2,405,030.90 |
| 2152 Note Payable - Mr. Kennedy |  | 246,352.52 |
| 2155 Note Payable - Related Parties |  | 174,898.30 |
| **Total Long-Term Liabilities** | $ | 3,010,652.86 |
| **Total Liabilities** | $ | 3,383,182.44 |
| **Equity** |  |  |
| 3000 Common Stock |  | 891,714.64 |
| 3550 Paid-In Capital |  | 20,759.92 |
| Opening Balance Equity |  | -2,753,186.00 |
| Retained Earnings |  | 519,149.17 |
| Net Income |  | -254,439.69 |
| **Total Equity** | -$ | 1,576,001.96 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 1,807,180.48 |

# Exhibit A-2

# Statement of Income

# Value Innovation Technologies Corp.

# Value Innovation Technologies
# Profit and Loss
### For the Year to Date Period ending December 31, 2020

|  | | Total |
|---|---|---|
| **Income** | | |
| 4028 Gateway Subscription | | 41,666.65 |
| Consulting | | 80,000.00 |
| **Total Income** | $ | **121,666.65** |
| **Cost of Goods Sold** | | |
| 5000 eLink Software Costs | | 44,870.78 |
| **Total Cost of Goods Sold** | $ | **44,870.78** |
| **Gross Profit** | $ | **76,795.87** |
| **Expenses** | | |
| 6300 Insurance | | 49,674.02 |
| 6700 Salaries and wages | | 111,842.93 |
| 6710 Contractors | | 23,573.49 |
| 6730 Payroll Taxes | | 9,990.56 |
| Bank Charges & Fees | | 1,697.05 |
| Interest Paid | | 53,029.70 |
| Legal & Professional Services | | 36,025.27 |
| Other Business Expenses | | 0.00 |
| Rent & Lease | | 41,125.30 |
| Utilities | | 4,277.24 |
| **Total Expenses** | $ | **331,235.56** |
| **Net Operating Income (Loss)** | $ | **(254,439.69)** |
| **Net Income (Loss)** | $ | **(254,439.69)** |

# Exhibit A-3

# Statement of Cashflows

# Value Innovation Technologies Corp.

# Value Innovation Technologies
## Statement of Cash Flows
### For the Year to Date Period Ending 12.31.20

|  | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -241,806.12 |
| **Adjustments to reconcile Net Income to Net Cash provided by operations:** | |
| **2000 Accounts Payable (A/P)** | 14,597.54 |
| **2010 Unearned Income** | 58,333.35 |
| **Loan Payable** | -47,293.56 |
| **PPP Loan Payable** | 50,510.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | $ 76,147.33 |
| **Net cash provided by operating activities** | -$ 165,658.79 |
| **FINANCING ACTIVITIES** | |
| **2110 Note Payable - R. Annable** | -188,684.93 |
| **2155 Note Payable - Related Parties** | 140,109.22 |
| **3000 Common Stock** | 241,714.64 |
| **3550 Paid-In Capital** | 1,159.92 |
| **Net cash provided by financing activities** | $ 194,298.85 |
| **Net cash increase for period** | $ 28,640.06 |
| **Cash at beginning of period** | 1,538.32 |
| **Cash at end of period** | $ 30,178.38 |

# Exhibit A-4

# Changes in Shareholder's Equity

# Value Innovation Technologies Corp.

None.

# Exhibit B

# Description of Operations

# Value Innovation Technologies Corp.

Value Innovation Technologies Corp. is a software service company which builds electronic shopping catalogs for business clients.

# Exhibit C

# Description of Intercompany Claims

# Value Innovation Technologies Corp.

As of December 31, 2020, Value Innovation Technologies Corp. owed Ramsey-Peele Corporation $175,898.30.

# Exhibit D

# Allocation of Tax Liabilities

# Value Innovation Technologies Corp.

There is no allocation of tax liabilities.

# Exhibit E

# Description of Payments Made by Value Innovation Technologies Corp. Otherwise Payable by the Debtors

None.