UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-30208 |
| | ) | CHAPTER 11 |
| CALVIN RAY KENNEDY a/k/a | ) | |
| C. RAY KENNEDY and | ) | |
| CYNTHIA M. KENNEDY | ) | |
| | ) | |
| DEBTORS. | ) | |

## APPLICATION OF WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTINA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF RESIDENNTIAL CREDIT OPPORTUNITIES TRUST II FOR ATTORNEY'S FEES AND EXPENSES

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II (hereinafter "Wilmington Savings"), by and through counsel, moves the Court, pursuant to 11 U.S.C. § 506(b) and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, for the allowance of post-petition attorneys' fees and expenses. In support, Wilmington Savings respectfully shows as follows:

1.      The Debtor instituted this proceeding by filing a Petition under Chapter 11 of Title 11 of the United States Code on February 19, 2020 ("Petition Date").

2.      This Court has jurisdiction over the parties and subject matter pursuant to 28 U.S.C. §§ 151, 157, and 1334 and 11 U.S.C. § 506(b) and may render such orders and judgments as may be appropriate in a "core" proceeding pursuant to 28 U.S.C. § 157.

### FACTUAL BACKGROUND

3.      On or about September 26, 2017, Calvin Ray Kennedy also known as C. Ray Kennedy and Cynthia M. Kennedy (hereinafter collectively "Debtors") executed and delivered to Cherrywood Commercial Lending, LLC a certain Promissory Note (hereinafter "Note") in the sum of $3,000,000.00 and a Loan and Security Agreement. True copies of the Note and Loan Security

Agreement are appended to the Proof of Claim filed by Wilmington Savings.

4.    Contemporaneously with the execution of the Note and to induce Cherrywood Commercial Lending, LLC to extend credit to the Debtors, Ramsey-Peele Corporation executed and delivered to Cherrywood Commercial Lending, LLC a certain Guaranty (Payment

5.    Also, on or about September 26, 2017, the Debtors executed and delivered to Chicago Title as Trustee a certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing (hereinafter "Deed of Trust"). The Deed of Trust encumbered the real property located at 6025 Clarke Creek, Charlotte, Mecklenburg County, North Carolina and 16701 Northcross Drive, Charlotte, Mecklenburg County, North Carolina (hereinafter collectively "Real Property"). A true copy of the Deed of Trust is appended to the Proof of Claim filed by Wilmington Savings.

6.    The Deed of Trust was properly filed on September 28, 2017 and recorded in Book 32153 at Page 103 of the Mecklenburg County Public Registry.

7.    Cherrywood Commercial Lending, LLC thereafter sold and assigned the Note, Guaranty and Deed of Trust to Cherrywood Commercial Holdings, LLC who in turn sold and assigned the same to Wilmington Savings. Wilmington Savings is the current owner and holder of the Note, Guaranty and Deed of Trust.

8.    The Note, Loan and Security Agreement and Deed of Trust provide for the recovery of attorneys' fees and expenses. Furthermore, Wilmington Savings is an over secured creditor. The value of the Real Property is at least $3,500,000.00 and the balance of the Note is approximately $3,000,000.00. Pursuant to 11 U.S.C § 506(c), Wilmington Savings is entitled to recover its attorney's fees and expenses under 11 U.S.C. § 506 (b).

9.    Hutchens Law Firm represented Wilmington Savings during the pendency of this case. The Hutchens Law Firm filed a Proof of Claim, filed a Motion to Enjoin Use of Collateral,

et al., Objection to Confirmation and Motion to Convert, filed an Amended Proof of Claim, a Consent Order and appeared at a hearing on the Wilmington Savings Motion and Objection and the Debtor's Response. The Hutchens Law Firm also reviewed the Plan as amended and negotiated plan treatment along with filing an action in state court to collect on the Guaranty.

10.     Since the Petition Date, Hutchens Law Firm has billed or is in the process of billing Wilmington Savings for $71,249.00 in fees and $1,558.85 in expenses.

11.     Wilmington Savings may incur additional fees and expenses such as having to appear at a hearing on any objection to this Application and to file such other pleadings as may be necessary to protect the interests of Wilmington Savings.

12.     The fees and expenses incurred and requested herein were necessary and reasonable for Wilmington Savings to protect its rights and interests in the Real Property. A true copy of each fee/cost entry is appended hereto identified as "Exhibit 1," and the same is incorporated herein by reference.

13.     The fees incurred are fair and reasonable and at the following hourly rates by the indicated attorney:

| | |
|---|---|
| William Walt Pettit | $300.00/hour |
| Legal Assistant | $100.00/hour |

14.     There have been no prior fee applications by Wilmington Savings in this case.

WHEREFORE, Wilmington Savings prays the court as follows:

1.     That the Court allow Wilmington Savings its reasonable attorney's fees as of March 29, 2022 for Hutchens Law Firm in the amount of $71,249.00, and expenses in the amount of $1,558.85 pursuant to 11 U.S.C §506(b); and

2.     For such other and further relief as the Court may deem just and proper.

This the ⁴ day of March, 2022.

U:\Bankruptcy\PHH\Kennedy, Calvin 20-30208 NC W\Application for Fees and Costs - HLF.docx

HUTCHENS LAW FIRM LLP
Attorneys for Wilmington Savings Fund Society, FSB,
d/b/a Christiana Trust, not in its individual capacity but
solely as Owner Trustee of Residential Credit
Opportunities Trust II

By: _____

William Walt Pettit
NC Bar No.: 9407
6230 Fairview Road, Suite 315
Charlotte, NC 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                          )       CASE NO. 20-30208
                                                )       CHAPTER 11
CALVIN RAY KENNEDY a/k/a                         )
C. RAY KENNEDY and                              )
CYNTHIA M. KENNEDY                              )
                                                )
                    DEBTORS.                     )

## **NOTICE OF OPPORTUNITY FOR HEARING**

(No-Protest Notice: No Hearing Will Be Held Unless Request For Hearing Is Filed)

**TAKE NOTICE** that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II for Attorneys' Fees in the sum of $71,249.00 and Expenses in the sum of $1,558.85 with the Court. The undersigned will forward a copy of the Application to you upon request.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to order relief sought in motion, or if you want the Court to consider your views on the motion, then on or before March 22, 2022, or fourteen days from the date of this Notice, you or your attorney must do three (3) things:

1.      **File with the Court a written response in accordance with Local Rule 9014-1(f) requesting that the Court hold a hearing and explaining your position. File the response at:**

U.S. Bankruptcy Court
Western District of North Carolina
Charlotte Division
401 W Trade Street, Room 111
Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2.      **On or before the date stated above for written responses, you must also mail or fax a copy of your written response to:**

Hutchens Law Firm, LLP
William Walt Pettit
6230 Fairview Road, Suite 315
Charlotte, NC 28210

Charlotte, NC 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com

3.    **Attend the hearing scheduled for Tuesday, March 29, 2022 at 9:30 a.m. at the
U.S. Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina.**

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD,**
AND THE Court may decide that you do not oppose the relief sought in the motion or objection
and may enter an order granting that relief.

This the ___ day of March, 2022.

HUTCHENS LAW FIRM LLP
Attorneys for Wilmington Savings Fund Society, FSB,
d/b/a Christiana Trust, not in its individual capacity but
solely as Owner Trustee of Residential Credit
Opportunities Trust II

By: _____
William Walt Pettit
NC Bar No.: 9407
6230 Fairview Road, Suite 315
Charlotte, NC 28210
Telephone: (704) 362-9255
Telecopier: (704) 362-9268
Email: walt.pettit@hutchenslawfirm.com

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

**EXHIBIT**

1

Page 1
3/31/2020
BK Case Number: 1300137
Invoice No: 2161450

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

| | | | Previous Balance: | | 0.00 |
|---|---|---|---|---|---|
| | | | _Fees_ | | |
| | | | | Hours | |
| 02/26/2020 | WP | Received and reviewed email, docket sheet and petition | | 0.40 | 120.00 |
| 02/27/2020 | WP | Reviewed Deed of Trust; telephone call to A. Castillo; dictated Request for Notice | | 0.60 | 180.00 |
| 02/27/2020 | WP | Reviewed ad valorem taxes due; reviewed loan documents; prepared email to client; received email from client | | 0.70 | 210.00 |
| | | For Current Services Rendered | | 1.70 | 510.00 |
| | | Total Current Work: | | | 510.00 |
| | | Balance Due: | | | $510.00 |

**Please make check payable to:**
Hutchens Law Firm LLP

Dutchess Law Firm, LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
4/30/2020
BK Case Number: 1300137
Invoice No: 2166197

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

| Date | | Description | Hours | |
|------|----|-------------|-------|------|
| 03/04/2020 | WP | Reviewed docket sheet; revised Request for Notice | 0.30 | 90.00 |
| 03/05/2020 | WP | Updated title; reviewed Deeds of Trust of record, Judgment and pending actions; prepared email to client | 1.00 | 300.00 |
| 03/09/2020 | WP | Received telephone call from J. Henderson regarding treatment of claim by client | 0.20 | 60.00 |
| 03/16/2020 | WP | Received and reviewed Perodic Report regarding value | 0.20 | 60.00 |
| 03/16/2020 | WP | Received and reviewed Schedules and Statements | 0.40 | 120.00 |
| 03/20/2020 | WP | Reviewed tax valuations and title policy; reviewed loan documents and right to recover attorneys' fees | 1.00 | 300.00 |
| 03/26/2020 | WP | Received telephone call from J. Henderson regarding Cash Collateral and Valueation issues and converting to Subchapter 5; prepared email to A. Salazar Castillo regarding update | 0.80 | 240.00 |
| 03/26/2020 | WP | Received email from A. Salazar Castillo regarding documents requested; prepared email in response | 0.30 | 90.00 |

Page 2
2/18/2022
BK Case Number: 1300137
Invoice No: 2166197

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

| | | | Hours | |
|---|---|---|---|---|
| 03/27/2020 | WP | Received and reviewed Appraisals | 0.40 | 120.00 |
| 03/27/2020 | WP | Prepared email to J. Henderson regarding appraisals | 0.20 | 60.00 |
| 03/30/2020 | WP | Received and reviewed Proof of Claim with attachments from Essendant Co. | 0.20 | 60.00 |
| 03/30/2020 | WP | Received and reviewed Proof of Claim from Can Capital and Fora Financial | 0.30 | 90.00 |
| | | For Current Services Rendered | 5.30 | 1,590.00 |

Expenses

| | | |
|---|---|---|
| 03/05/2020 | 61 COPIES @ 0.25 | 15.25 |
| 03/16/2020 | 16 COPIES @ 0.25 | 4.00 |
| | Total Expenses | 19.25 |
| | Total Current Work: | 1,609.25 |
| | Balance Due: | $1,609.25 |

**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
5/29/2020
BK Case Number: 1300137
Invoice No: 2171218

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 04/01/2020 | WP | Received telephone call from J. Henderson regarding right to rents; prepared email to J. Henderson regarding same | 0.30 | 90.00 |
| 04/02/2020 | WP | Received and reviewed Continued 341 proceedings memo | 0.20 | 60.00 |
| 04/09/2020 | WP | Received and reviewed Proof of Claim | 0.30 | 75.00 |
| 04/14/2020 | WP | Received email from client regarding status; prepared email to client regarding status of bankruptcy | 0.30 | 90.00 |
| 04/15/2020 | WP | Received email from client; prepared email to client regarding filing of Motion to Enjoin Use of Cash Collateral and other relief | 0.40 | 120.00 |
| 04/15/2020 | WP | Received email from J. Henderson regarding Use of Cash Collateral; prepared email to J. Henderson regarding same | 0.60 | 180.00 |
| 04/15/2020 | WP | Reviewed loan documents regarding late charges and right to recover default interest; reviewed notice provisions; reviewed NC Bankruptcy decisions allowing same; prepared email to client | 1.00 | 300.00 |
| 04/16/2020 | WP | Received telephone call from A. Salazar Castillo regarding invoking right to default interest | 0.30 | 90.00 |

BK Case Number: 1300137
Invoice No: 2171218

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 04/17/2020 | MM | Research regarding whether the default rate of interest in a residential mortgage is enforceable in the borrower's bankruptcy case | 2.25 | 450.00 |
| 04/17/2020 | MM | Draft of memorandum of law regarding whether the default rate of interest in a residential mortgage is enforceable in the borrower's bankruptcy case | 1.50 | 300.00 |
| 04/17/2020 | WP | Dictated Motion to Enjoin Use of Cash Collateral, Notice of Hearing and Certificate of Service; reviewed noticing requirements to Determine Single Asset Real Estate Case, et al. in loan documents | 1.60 | 480.00 |
| 04/17/2020 | WP | Reviewed Memo on default rate of interest and late charges | 0.30 | 90.00 |
| 04/17/2020 | WP | Research regarding is proceeding a single asset real estate case and reviewed Harvest Oaks case regarding right to recover late fees | 1.40 | 420.00 |
| 04/21/2020 | WP | Revised Motion to Enjoin Use of Cash Collateral | 1.00 | 300.00 |
| 04/21/2020 | WP | Revised Motion to Enjoin Use of Cash Collateral, et al | 0.70 | 210.00 |
| 04/22/2020 | WP | Revised Motion to Enjoin Use of Cash Collateral | 0.40 | 120.00 |
| 04/22/2020 | WP | Revised Motion | 0.20 | 60.00 |
| 04/23/2020 | WP | Revised Motion and letter; prepared email to A. Salazar Castillo | 0.50 | 150.00 |
| 04/23/2020 | WP | Received email from A. Costillo Salazar regarding revisions to documents; revised Motion and letter | 0.50 | 150.00 |
| 04/24/2020 | WP | Revised letter and Motion | 0.40 | 120.00 |
| 04/24/2020 | WP | Prepared email to J. Henderson regarding default interest | 0.30 | 90.00 |
| 04/27/2020 | WP | Received emails from J. Henderson regarding Settlement; prepared email to J. Henderson regarding same and sale of property | 0.40 | 120.00 |
| 04/28/2020 | WP | Received email and attachment from J. Henderson regarding settlement of Motion | 0.30 | 90.00 |

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 04/29/2020 | WP | Reviewed email from J. Henderson; prepared email to A. Salazar Castillo | 0.30 | 90.00 |
| 04/30/2020 | WP | Received telephone call from J. Henderson regarding settlement of Motion to Enjoin Use of Cash Collateral, et al. | 0.30 | 90.00 |
| 05/02/2020 | WP | Research regarding right to recover attorneys' fees | 0.50 | 150.00 |
| | | For Current Services Rendered | 16.25 | 4,485.00 |

### Expenses

| | | |
|---|---|---|
| 04/27/2020 | Postage - United States Postal Service | 33.60 |
| 04/27/2020 | COPIES | 300.00 |
| | Total Expenses | 333.60 |

### Advances

| | | |
|---|---|---|
| 04/27/2020 | E-Filing Expense for Motion for Relief - U.S. Bankruptcy Court (Recoverable) | 181.00 |
| | Total Advances | 181.00 |
| | Total Current Work: | 4,999.60 |
| | Balance Due: | $4,999.60 |

**Please make check payable to:**
Hutchens Law Firm LLP

Butcher Law Firm, LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
6/30/2020
BK Case Number: 1300137
Invoice No: 2174787

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/07/2020 | WP | Received email from A. Salazar Castillo | 0.20 | 60.00 |
| 05/13/2020 | WP | Received Motion to Extend Time and Notice regarding extend time for dischargability | 0.20 | 60.00 |
| 05/15/2020 | WP | Telephone call to J. Henderson regading settlement of Motion | 0.20 | 60.00 |
| 05/20/2020 | WP | Reviewed docket sheet | 0.20 | 60.00 |
| 05/27/2020 | WP | Reviewed Response of Debtor's; reviewed docket sheet; received telephone call from J. Henderson regarding settlement of Motion | 0.60 | 180.00 |
| 05/28/2020 | WP | Reviewed Shore decision on attorney's' fees | 0.40 | 120.00 |
| 05/28/2020 | WP | Prepared for hearing; reviewed Motion and Response; Court appearance regarding hearing on Motion to Enjoin Use Cash Collateral | 1.20 | 360.00 |
| 05/28/2020 | WP | Dictated Order | 0.40 | 120.00 |
| 05/28/2020 | WP | Revised Order; prepared email to client regarding update on hearing on Motion | 0.60 | 180.00 |
| 05/28/2020 | WP | Received email from client regarding monthly payment; revised Order | 0.30 | 90.00 |
| 05/29/2020 | WP | Prepared emails to client regarding recovery of late charges and default interest; received email from client regarding same | 0.50 | 150.00 |
|  |  | For Current Services Rendered | 4.80 | 1,440.00 |

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Total Current Work:                                                          1,440.00


Balance Due:                                                             $1,440.00


**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
7/31/2020
BK Case Number: 1300137
Invoice No: 2178744

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / `
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 06/01/2020 | WP | Received email from J. Henderson; revised Order; prepared email to J. Henderson regarding Cash Collateral and plan terms | 0.40 | 120.00 |
| 06/01/2020 | WP | Prepared email to J. Henderson regarding plan terms; prepared two emails to A. Salazar Castillo regarding Cash Collateral | 0.40 | 120.00 |
| 06/01/2020 | WP | Received third email from J. Henderson regarding consent of client to plan | 0.20 | 60.00 |
| 06/02/2020 | WP | Received email from A. Salazar Castillo; prepared email to S. Salazar Castillo regarding execution of Affidavit | 0.30 | 90.00 |
| 06/02/2020 | WP | Received email from client regarding execution of Affidavit; dictated Affidavit | 0.70 | 210.00 |
| 06/03/2020 | WP | Received telephone call from S. Cordes regarding plan issues and treatment | 0.30 | 90.00 |
| 06/06/2020 | WP | Revised Affidavit | 0.30 | 90.00 |
| 06/06/2020 | WP | Revised Affidavit; prepared email to client | 0.20 | 60.00 |
| 06/08/2020 | WP | Received emails from client; revised Affidavit | 0.30 | 90.00 |
| 06/08/2020 | WP | Revised Affidavit; prepared email to client; received email from client | 0.20 | 60.00 |
| 06/10/2020 | WP | Telephone call to J. Henderson regarding resolution of Motion | 0.40 | 120.00 |
| 06/17/2020 | WP | Received email from J. Henderson regarding settlement | 0.20 | 60.00 |

Page 2
7/31/2020
BK Case Number: 1300137
Invoice No: 2178744

PHH Mortgage

Kennedy, Calvin Ray
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 06/18/2020 | WP | Reviewed docket sheet and right to pursue Ramsey-Peele; prepared email to client regarding same | | 0.50 | 150.00 |
| 06/18/2020 | WP | Received email from clients | | 0.20 | 60.00 |
| 06/22/2020 | WP | Telephone call to J. Henderson regarding resolution of Motion | | 0.20 | 60.00 |
| 06/22/2020 | WP | Preparation for hearing; reviewed docket sheet | | 0.40 | 120.00 |
| 06/23/2020 | WP | Received email from J. Henderson regarding resolution of hearing | | 0.20 | 60.00 |
| 06/23/2020 | WP | Court Appearance regarding Motion to Enjoin Use of Cash Collateral, et al.; prepared email to client; dictated and revised Order; prepared email to counsel | | 1.40 | 420.00 |
| 06/25/2020 | WP | Reviewed April, 2020 Monthly Report | | 0.20 | 60.00 |
| 06/26/2020 | WP | Received email from A. Salazar Castillo regarding plan terms | | 0.20 | 60.00 |
| | | For Current Services Rendered | | 7.20 | 2,160.00 |

Expenses

| 06/23/2020 | 36 COPIES @ 0.25 | 9.00 |
|---|---|---|
| | Total Expenses | 9.00 |
| | Total Current Work: | 2,169.00 |
| | Balance Due: | $2,169.00 |

**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
8/31/2020
BK Case Number: 1300137
Invoice No: 2182569

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

| Date | | Description | Hours | |
|------|-----|-------------|-------|------|
| 07/09/2020 | WP | Received email and Affidavit from A. Salazar Castillo regarding use of template affidavit; reviewed Affidavit | 0.40 | 120.00 |
| 07/15/2020 | WP | Reviewed Affidavits and issues with form | 0.40 | 120.00 |
| 07/16/2020 | WP | Reviewed Affidavit; conference call with parties regarding revisions to Affidavit and status of bankruptcy | 0.80 | 240.00 |
| 07/16/2020 | WP | Received email and attachment from A. Salazar Castillo; revised Affidavit; dictated Affidavit of W. Pettit | 0.60 | 180.00 |
| 07/17/2020 | WP | Revised Affidavits; prepared email to A. Salazar Castillo regarding review and approval of same | 0.50 | 150.00 |
| 07/21/2020 | WP | Received email from J. Henderson regarding resolution of claim in Plan; telephone call to J. Henderson regarding same | 0.40 | 120.00 |
| 07/21/2020 | WP | Dictated damand letter and Complaint | 0.90 | 270.00 |
| 07/21/2020 | WP | Received email from A. Salazar Castillo regarding revisions to Affidavit; revised Affidavit; prepared email to client | 0.30 | 90.00 |
| 07/22/2020 | WP | Dictated Order; revised Affidavit | 0.40 | 120.00 |
| 07/23/2020 | WP | Prepared email to client regarding status of Chapter 11 proceeding | 0.30 | 90.00 |
| 07/24/2020 | WP | Received email from A. Salazar Castillo | 0.20 | 60.00 |
| 07/27/2020 | WP | Prepared for hearing | 0.20 | 60.00 |

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 07/28/2020 | WP | Reviewed docket sheet; reviewed Motion; Court appearance regarding Motion; dictated Order; received Monthly Operating Report; prepared email to client regarding payoff statement | 1.50 | 450.00 |
| 07/28/2020 | WP | Revised Order; prepared emails to J. Henderson regarding approval of Order and to client regarding results of hearing and Monthly Operating Report | 0.40 | 120.00 |
| 07/28/2020 | WP | Received email from J. Buterra regarding action against Ramsey-Peele; prepared email in response; received email from A. Salazar Castillo regarding default interest | 0.40 | 120.00 |
| 07/28/2020 | WP | Received email from A. Salazar Castillo regarding changes to Affidavit; revised Affidavit | 0.40 | 120.00 |
| 07/29/2020 | WP | Received Order; revised Affidavit; prepared email to A. Salazar Castillo regarding Order and new hearing date | 0.30 | 90.00 |
| 07/29/2020 | WP | Prepared Motion for Relief Submissions | 0.20 | 60.00 |
| 07/30/2020 | WP | Received email from J. Henderson regarding proposed settlement terms; reviewed records at Secretary of State regarding Ramsey-Peele | 0.40 | 120.00 |
| 07/30/2020 | WP | Received telephone call from S. Cordes regarding confirmation issues and values of property | 0.30 | 90.00 |
| | | For Current Services Rendered | 9.30 | 2,790.00 |
| | | Total Current Work: | | 2,790.00 |
| | | Balance Due: | | $2,790.00 |

**Please make check payable to:**
Hutchens Law Firm LLP

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Dutch Law Firm, P.C.
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
9/30/2020
BK Case Number: 1300137
Invoice No: 2187035

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 08/04/2020 | WP | Received email from client regarding changes to Affidavit; received payoff statement; revised demand letter | 0.40 | 120.00 |
| 08/06/2020 | WP | Received and reviewed payoff statement; reviewed NCG's section 24-9 | 0.50 | 150.00 |
| 08/13/2020 | WP | Revised demand letter and Complaint; dictated Summons and Cover Sheet | 0.50 | 150.00 |
| 08/14/2020 | WP | Reviewed loan documents regarding addresses required and minimum notice periods | 0.40 | 120.00 |
| 08/18/2020 | WP | Received email from client regarding changes to Affidavit; revised Affidavit | 0.20 | 60.00 |
| 08/18/2020 | WP | Prepared email to A. Salazar-Castillo regarding status of bankruptcy | 0.30 | 90.00 |
| 08/18/2020 | WP | Received telephone call from J. Henderson regarding curing of default; reviewed Summitbridge and Walter Heller decisions | 1.20 | 360.00 |
| 08/19/2020 | WP | Reviewed W. Heller and Summitbridge cases; shepardized same | 0.60 | 180.00 |
| 08/19/2020 | WP | Reviewed loan documentation regarding defaults under loan | 0.50 | 150.00 |

Page 2
9/30/2020
BK Case Number: 1300137
Invoice No: 2187035

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 08/19/2020 | WP | Received email from A. Salazar Castillo regarding payment of $60k; telephone call to A. Salazar Castillo regarding issues presented and ability to recover fees; telephone call to J. Henderson regarding same | 0.70 | 210.00 |
| 08/19/2020 | WP | Received email from A. Salazar Castillo regarding charging default interest | 0.20 | 60.00 |
| 08/20/2020 | WP | Received email and letter draft from A. Salazar Castillo regarding reinstatement of loan | 0.30 | 90.00 |
| 08/20/2020 | WP | Received email and Shanyra-La case from J. Henderson; reviewed decision | 0.40 | 120.00 |
| 08/20/2020 | WP | Received and reviewed two Monthly Operating Reports | 0.30 | 90.00 |
| 08/21/2020 | WP | Received email and attachments from A. Salazar Castillo; reinstatement process and amounts due | 0.30 | 90.00 |
| 08/21/2020 | WP | Received and reviewed two emails and attachments from A. Salazar Castillo | 0.40 | 120.00 |
| 08/24/2020 | WP | Dictated Reinstatement Letter; reviewed forms of letters | 0.40 | 120.00 |
| 08/25/2020 | WP | Revised reinstatement letter; received email from A. Salazar Castillo regarding posting of payments and review of Affidavit; prepared email to A. Salazar Castillo regarding same | 0.40 | 120.00 |
| 08/25/2020 | WP | Received emails from M. Abernathy regarding acceptance of Service; prepared email to A. Salazar regarding same; received email from J. Batera regarding objection to Subpoena; prepared emails to M. Abernathy regarding acceptance and J. Butera regarding objection to subpoena | 0.50 | 150.00 |
| 08/25/2020 | WP | Received second email from J. Butera regarding relevance of Appraisals; prepared email to J. Butera regarding same | 0.30 | 90.00 |
| 08/25/2020 | WP | Received third email from J. Butera regarding authorized Use of Appraisals | 0.40 | 120.00 |
| 08/26/2020 | WP | Received email and revisions to Affidavit; revised Affidavit | 0.20 | 60.00 |

PHH Mortgage

Kennedy, Calvin Ray
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 08/31/2020 | WP | Prepared email to A. Salazar Castillo regarding review of reinstatement letter; received email from A. Salazar Castillo; revised letter; prepared second emails to A. Salazar Castillo | 0.40 | 120.00 |
| 08/31/2020 | WP | Received telephone call from J. Henderson regarding plan treatment and subpoena by creditor | 0.30 | 90.00 |
| 08/31/2020 | WP | Prepared emails to J. Henderson regarding reinstatement of loan; prepared email to Judge Whitley's Clerk | 0.40 | 120.00 |
| | | For Current Services Rendered | 10.50 | 3,150.00 |

<u>Expenses</u>

| | | |
|---|---|---|
| 08/20/2020 | 103 COPIES @ 0.25 | 25.75 |
| 08/21/2020 | 88 COPIES @ 0.25 | 22.00 |
| | Total Expenses | 47.75 |
| | Total Current Work: | 3,197.75 |
| | Balance Due: | $3,197.75 |

**Please make check payable to:**
Hutchens Law Firm LLP

Dunham Law Firm, PLLC
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
10/30/2020
BK Case Number: 1300137
Invoice No: 2191788

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 09/01/2020 | WP | Court Appearance regarding Motion to Enjoin Use of Cash Collateral, et al; dictated Consent Order | 1.00 | 300.00 |
| 09/09/2020 | WP | Received email from A. Salazar Castillo regarding reinstatement; prepared email in responses to A. Salazar Castillo | 0.20 | 60.00 |
| 09/10/2020 | WP | Received and reviewed requested changes to Affidavit; revised Order; prepared email to J. Henderson et al. | 0.30 | 90.00 |
| 09/17/2020 | WP | Received Subpoena; reviewed same; reviewed requested revisions to Affidavit | 0.30 | 90.00 |
| 09/21/2020 | WP | Received received from A. Salazar Castillo regarding cure of past-due amount | 0.40 | 120.00 |
| 09/23/2020 | WP | Received telephone call from S. Abel, Bankruptcy Administrator regarding appraisals | 0.20 | 60.00 |
| 09/24/2020 | WP | Received email from K. Arthur regarding subpoena; prepared email to K. Arthur regarding Bankruptcy Administrators request; received email from J. Butera regarding same | 0.40 | 120.00 |
| 09/25/2020 | WP | Prepared email to S. Abel, Bankruptcy Administrator; dictated letter to counsel for Essendant Company | 0.40 | 120.00 |
| 09/28/2020 | WP | Received email from J. Henderson regarding resolution of Motion; prepared email to J. Henderson regading same | 0.20 | 60.00 |
| 09/28/2020 | WP | Revised letter to S. Cordes; telephone call to S. Cordes regarding plan issues | 0.30 | 90.00 |

Page 2
10/30/2020
BK Case Number: 1300137
Invoice No: 2191788

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 09/28/2020 | WP | Conference with S. Cordes regarding subpoena of documents and review of plan issues | 1.20 | 360.00 |
| 09/28/2020 | WP | Received telephone call from J. Henderson regarding settlement of hearing on Motion | 0.20 | 60.00 |
| 09/29/2020 | WP | Prepared for hearing; telephonic Court appearance regarding Motion to Enjoin Use of Cash Collateral; dictated Order | 1.10 | 330.00 |
| 09/29/2020 | WP | Revised Order; prepared email to counsel | 0.20 | 60.00 |
| | | For Current Services Rendered | 6.40 | 1,920.00 |

<u>Expenses</u>

| | | | |
|---|---|---|---|
| 09/28/2020 | | 229 COPIES @ 0.25 | 57.25 |
| | | Total Expenses | 57.25 |
| | | Total Current Work: | 1,977.25 |
| | | Balance Due: | $1,977.25 |

**Please make check payable to:**
Hutchens Law Firm LLP

Dunn Law Firm
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
11/25/2020
BK Case Number: 1300137
Invoice No: 2195449

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/05/2020 | WP | Prepared email to A. Salazar Castillo regarding update; received email from A. Salazar Castillo regarding lawsuit | 0.40 | 120.00 |
| 10/08/2020 | WP | Received emails from A. Salazar Castillo regarding civil action; prepared email to A. Salazar Castillo regarding same | 0.30 | 90.00 |
| 10/15/2020 | WP | Received and briefly reviewed Monthly Operating Reports for July and August, 2020 | 0.30 | 90.00 |
| 10/16/2020 | WP | Received email and payoff from client; revised Complaint | 0.40 | 120.00 |
| 10/25/2020 | WP | Revised Complaint | 0.30 | 90.00 |
| 10/26/2020 | WP | Received emails from J. Henderson; received telephone call from J. Henderson regarding resolution of Motion to Enjoin Use of Cash Collateral | 0.40 | 120.00 |
| 10/27/2020 | WP | Prepared for hearing regarding telephonic hearing on Motion to Enjoin Use of Cash Collateral; dictated Order | 1.20 | 360.00 |
| 10/27/2020 | WP | Received telephone call from S. Cordes regarding issues of value of commercial property and avoidability of junior Deeds of Trust | 0.30 | 90.00 |
| 10/28/2020 | WP | Received emails from A. Salazar Castillo; prepared email to A. Salazar Castillo regarding results of hearing and status of matter | 0.40 | 120.00 |
| 10/28/2020 | WP | Revised Order | 0.20 | 60.00 |
| | | For Current Services Rendered | 4.20 | 1,260.00 |

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Total Current Work:                                                           1,260.00


Balance Due:                                                              $1,260.00


**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
12/31/2020
BK Case Number: 1300137
Invoice No: 2199771

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

**Fees**

| Date | | Description | Hours | |
|------|----|-------------|-------|------|
| 11/03/2020 | WP | Received telephone call from S. Cordes regarding Plan Confirmation issues; prepared email to parties regarding Comments on Order | 0.30 | 90.00 |
| 11/09/2020 | WP | Dictated Summons and Cover Sheet; reviewed records at Secretary of State regarding registered agent | 0.30 | 90.00 |
| 11/09/2020 | WP | Received email from J. Henderson regarding cancellation of insurance | 0.20 | 60.00 |
| 11/10/2020 | WP | Received email and policy from J. Henderson; reviewed same; prepared email to A. Salazar Castillo | 0.40 | 120.00 |
| 11/11/2020 | WP | Received emails and attachment from J. Henderson; reviewed attachment; prepared email to A. Salazar Castillo; received email from J. Buterra regarding additional insured; prepared email to J. Buterra regarding same | 0.60 | 180.00 |
| 11/12/2020 | WP | Received email from A. Salazar Castillo regarding insurance | 0.20 | 60.00 |
| 11/18/2020 | WP | Received email from A. Salazar Castillo regarding insurance | 0.20 | 60.00 |
| 11/24/2020 | WP | Prepared emails to A. Salazar Castillo and J. Henderson regarding insurance | 0.30 | 90.00 |
| 11/24/2020 | WP | Reviewed policy; reviewed service of Summons and Complaint | 0.30 | 90.00 |
| 11/25/2020 | WP | Reviewed service; dictated Affidavit of Service | 0.40 | 120.00 |
| 11/30/2020 | WP | Received telephone call from S. Cordes | 0.20 | 60.00 |
| | | For Current Services Rendered | 3.40 | 1,020.00 |

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Advances</u>

| | | |
|---|---|---:|
| 11/09/2020 | Clerk of Superior Court - Filing of Complaint | 200.00 |
| 11/09/2020 | Service - Sheriff Process: 2 at $30.00 each | 60.00 |
| | Total Advances | 260.00 |
| | Total Current Work: | 1,280.00 |
| | Balance Due: | $1,280.00 |

**Please make check payable to:**
Hutchens Law Firm LLP

Dutchess Law Firm, P.A.
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
1/29/2021
BK Case Number: 1300137
Invoice No: 2203227

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 12/02/2020 | WP | Received email from A. Salazar Castillo regarding insurance; prepared email to A. Salazar Castillo regarding same and status of civil action | 0.20 | 60.00 |
| 12/07/2020 | WP | Received emails from A. Salazar Castillo regarding insurance | 0.20 | 60.00 |
| 12/14/2020 | WP | Telephone call to S. Abel, Bankruptcy Administrator regarding confirmation issues | 0.30 | 90.00 |
| 12/15/2020 | WP | Received and briefly reviewed Plan; prepared for hearing; court appearance regarding continued hearing on Motion to Enjoin Use of Cash Collateral, et. al | 1.40 | 420.00 |
| 12/15/2020 | WP | Dictated and revised Order | 0.30 | 90.00 |
| 12/15/2020 | WP | Received email from A. Salazar Castillo regarding Plan review | 0.20 | 60.00 |
| 12/16/2020 | WP | Reviewed email from A. Salazar Castillo; prepared email to A. Salazar Castillo regarding results of hearing and preliminary Plan review; prepared email to counsel regarding review of Order | 0.60 | 180.00 |
| 12/17/2020 | WP | Received email from J. Henderson regarding Order; received and reviewed September and October Monthly Operating Reports; received Motion to Extend Time and Order regarding Ramsey Peele matter | 0.50 | 150.00 |
| 12/19/2020 | WP | Prepared email to client regarding status of action against Ramsey-Peele Corp. | 0.20 | 60.00 |
| 12/28/2020 | WP | Received email from A. Salazar-Castillo regarding insurance; prepared email to A. Salazar Castillo regarding same | 0.20 | 60.00 |
| | | For Current Services Rendered | 4.10 | 1,230.00 |

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Total Current Work:                                                                1,230.00

Balance Due:                                                                      $1,230.00

**Please make check payable to:**
Hutchens Law Firm LLP

Dillon Law Firm, LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
2/26/2021
BK Case Number: 1300137
Invoice No: 2206682

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray ;
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 01/04/2021 | WP | Received telephone call from S. Cordes regarding issues with Plan | 0.20 | 60.00 |
| 01/06/2021 | WP | Reviewed questions raised by client regarding plan; prepared responses to same | 0.50 | 150.00 |
| 01/17/2021 | WP | Reviewed Plan and objections to same | 0.80 | 240.00 |
| 01/19/2021 | WP | Received email and Subpoena from S. Cordes; reviewed same | 0.30 | 90.00 |
| 01/19/2021 | WP | Received email from A. Salazar Castillo | 0.20 | 60.00 |
| 01/21/2021 | WP | Received and briefly reviewed Answer and Motion to Dismiss, Interrogatories and Request for Production; received email from T. Bumgardner regarding scheduling hearing | 0.50 | 150.00 |
| 01/21/2021 | WP | Reviewed defenses to complying with subpoena; prepared email to A. Salazar Castillo regarding status of bankruptcy and civil action | 0.50 | 150.00 |
| 01/22/2021 | WP | Reviewed NCGS section 55-15-01; prepared email to T. Bumgardner regarding Motion to Dismiss | 0.40 | 120.00 |
| 01/28/2021 | WP | Received email from S. Abel, Bankruptcy Administrator regarding filing of Disclosure Statement | 0.20 | 60.00 |
| | | For Current Services Rendered | 3.60 | 1,080.00 |
| | | Total Current Work: | | 1,080.00 |

Page 2
2/26/2021
BK Case Number: 1300137
Invoice No: 2206682

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Balance Due:                                                                    $1,080.00

**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
3/31/2021
BK Case Number: 1300137
Invoice No: 2211274

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 02/03/2021 | WP | Received Subpoena by overnight mail | 0.20 | 60.00 |
| 02/04/2021 | WP | Received telephone call from S. Cordes; received conversion of case and Subpoena; received emails from J. Henderson, S. Abel and S. Cordes | 0.40 | 120.00 |
| 02/05/2021 | MM | Briefly reviewed Complaint, Motion to Dismiss &Answer and NCGS 55-15-01; Researched whether transfer of a principal obligation operates as an assignment of an associated guaranty; Email correspondence with W. Pettit regarding the same | 1.10 | 236.50 |
| 02/05/2021 | WP | Reviewed Motion to Dismiss and Answer; reviewed Chapter 55; reviewed legal defenses to Motion to Dismiss | 0.80 | 240.00 |
| 02/05/2021 | WP | Received email from A. Salazar Castillo regarding responses to Subpoena | 0.20 | 60.00 |
| 02/07/2021 | WP | Prepared email to T. Bumgardner regarding hearing on Motion | 0.30 | 90.00 |
| 02/08/2021 | WP | Reviewed Motion to Dismiss Answer | 0.30 | 90.00 |
| 02/08/2021 | WP | Reviewed Self-Help decision; reviewed rights of holder | 0.40 | 120.00 |
| 02/08/2021 | MM | Reviewed all documents (loan agreement, note, deed of trust, and guaranty) in preparation of drafting opposition to defendant's motion to dismiss | 1.20 | 258.00 |
| 02/08/2021 | MM | Began researching (1) nature of "transacting business" in NC and (2) regulation of federal savings banks | 0.90 | 193.50 |

Page 2
3/31/2021
BK Case Number: 1300137
Invoice No: 2211274

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 02/09/2021 | WP | Received Scheduling Order | 0.20 | 60.00 |
| 02/09/2021 | MM | Continued researching arguments/legal authorites for Memorandum; Began drafting Memorandum in Opposition to Defendant's Motion to Dismiss | 6.10 | 1,311.50 |
| 02/10/2021 | WP | Received email from S. Abel regarding mediation; telephone call to S. Abel regarding same | 0.20 | 60.00 |
| 02/10/2021 | WP | Received and reviewed Monthly Operating Report for December 2020 | 0.20 | 60.00 |
| 02/10/2021 | MM | Continued drafting Memorandum in Opposition to Motion to Dismiss | 7.90 | 1,698.50 |
| 02/11/2021 | MM | Finished drafting Memorandum in Opposition to Motion to Dismiss; emailed the same to W. Pettit | 1.10 | 236.50 |
| 02/12/2021 | WP | Revised Brief; reviewed federal preemption of federal savings banks by states | 0.60 | 180.00 |
| 02/12/2021 | WP | Received Scheduling Order; revised Brief; reviewed Scheduling Order | 0.60 | 180.00 |
| 02/15/2021 | MM | Completed final revisions to Memorandum in Opposition to Motion to Dismiss; emailed the same and certificate of service to W. Pettit for filing | 0.50 | 107.50 |
| 02/15/2021 | WP | Prepared email to A. Salazar Castillo regarding update on bankruptcy and State Court matter | 0.40 | 120.00 |
| 02/15/2021 | WP | Received and reviewed Periodic Report | 0.30 | 90.00 |
| 02/15/2021 | WP | Revised and served Brief; prepared Certificate of Service; prepared emails to T. Bumgardner and A. Salazar Castillo regarding Brief and status | 0.50 | 150.00 |
| 02/15/2021 | WP | Prepared email to Judge Hooner regarding memorandum; received email and Brief from T. Bumgardner; prepared email to T. Bumgardner regarding Brief | 0.50 | 150.00 |
| 02/16/2021 | WP | Received emails from Judge Hoover's Clerk; prepared email to Clerk | 0.20 | 60.00 |
| 02/17/2021 | WP | Received and briefly reviewed Disclosure Statement | 0.40 | 120.00 |
| 02/17/2021 | WP | Reviewed cases cited Defendant's Memorandum | 0.40 | 120.00 |
| 02/17/2021 | WP | Reviewed Plan and research regarding section 25-3-201 et seq., Assignments and Judicial Estoppel | 1.10 | 330.00 |
| 02/18/2021 | WP | Prepared for hearing; reviewed cases on judicial estoppel; reviewed Defendant's Brief; court appearance regarding Motion to Dismiss | 2.80 | 840.00 |
| 02/18/2021 | WP | Received Order and Notice of Hearing on Disclosure Statement | 0.20 | 60.00 |

Page 3
3/31/2021
BK Case Number: 1300137
Invoice No: 2211274

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 02/18/2021 | WP | Dictated Order Denying Motion to Dismiss; reviewed discovery requests | 0.40 | 120.00 |
| 02/19/2021 | WP | Prepared email to A. Salazar Castillo regarding update on all matters; revised Order Denying Motion to Dismiss; dictated Motion to Extend Time and Order regarding enlarging time to respond to Interrogatories | 0.80 | 240.00 |
| 02/19/2021 | WP | Received and reviewed emails and attachments from S. Dean-Bass, K. Arthur and A. Salazar Castillo | 0.40 | 120.00 |
| 02/19/2021 | WP | Received telephone call from S. Cordes regarding documents requested in Subpoena; reviewed documents provided by Wilmington Savings | 0.40 | 120.00 |
| 02/22/2021 | WP | Revised Order; prepared email to T. Bumgardner; received telephone call from S. Cordes regarding issues with Subpoena | 0.40 | 120.00 |
| 02/22/2021 | WP | Received Amended Subpoena | 0.20 | 60.00 |
| 02/22/2021 | WP | Received email from J. Henderson regarding Objection to Subpoena; received telephone call from S. Cordes regarding same | 0.20 | 60.00 |
| 02/25/2021 | WP | Revised description of property to be subpoenaed; received Motion and Order | 1.00 | 300.00 |
| 02/26/2021 | WP | Received Amended Subpoena; reviewed Rule 45; prepared email to A. Salazar Castillo regarding extension of time to respond to discovery; received email from K. Arthur regarding documents for Subpoena; prepared email to K. Arthur regarding discovery responses | 0.60 | 180.00 |
| | | For Current Services Rendered | 34.40 | 8,722.00 |

<u>Expenses</u>

| | | | |
|---|---|---|---|
| 02/17/2021 | 58 COPIES @ 0.25 | | 14.50 |
| | Total Expenses | | 14.50 |
| | Total Current Work: | | 8,736.50 |

Balance Due:                                                                     $8,736.50

**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
4/30/2021
BK Case Number: 1300137
Invoice No: 2215276

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 03/01/2021 | WP | Reviewed revised from Essendant Co. Subpoena and Rule 45 regarding service of same | 0.40 | 120.00 |
| 03/02/2021 | WP | Reviewed discovery requests; prepared for conference call with client; dictated letter to Judge Hoover | 0.60 | 180.00 |
| 03/02/2021 | WP | Reviewed request for production of documents of Ramsey-Peele and documents necessary to comply | 1.00 | 300.00 |
| 03/05/2021 | WP | Received email from A. Salazar regarding insurance escrow; prepared email to A. Salazar Castillo regarding response | 0.20 | 60.00 |
| 03/08/2021 | WP | Received telephone call from S. Cordes regarding confirmation issues | 0.20 | 60.00 |
| 03/08/2021 | WP | Telephone call to J. Henderson regarding confirmation issues, adequate protection payment and insurance issues | 0.40 | 120.00 |
| 03/09/2021 | WP | Preparation for hearing; Court appearance regarding Motion to Enjoin Use Of Cash; dictated Order; revised same | 1.30 | 390.00 |
| 03/12/2021 | WP | Prepared email to J. Henderson regarding review of Order; received email from S. Abel, Bank Administrator; prepared email to S. Abel regarding same | 0.30 | 90.00 |
| 03/15/2021 | WP | Prepared documents to be produced in response to Subpoena | 0.30 | 90.00 |
| 03/15/2021 | WP | Telephone conference call with J. Henderson and S. Cordes; prepared email to S. Cordes and J. Henderson regarding documents subpoenaed; dictated Joint Motion and Order Continuing Hearing and Extending Time to Object | 0.80 | 240.00 |

Page 2
4/30/2021
BK Case Number: 1300137
Invoice No: 2215276

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 03/15/2021 | WP | Reviewed case law on adequacy of information in Disclosure Statement | 0.40 | 120.00 |
| 03/16/2021 | WP | Reviewed documents requested and interrogatories; conference call with clients; prepared email to K. Arthur | 1.30 | 390.00 |
| 03/16/2021 | WP | Revised Joint Motion to Continue and Extend and Order | 0.30 | 90.00 |
| 03/16/2021 | WP | Received email from S. Cordes regarding revisions; received telephone call from J. Henderson regarding revisions to Joint Motion and Order | 0.30 | 90.00 |
| 03/17/2021 | WP | Received Order Continuing Hearing; prepared email to K. Arthur | 0.20 | 60.00 |
| 03/19/2021 | WP | Received Scheduling Order | 0.20 | 60.00 |
| 03/22/2021 | WP | Received Application and Affidavit to Employ J. Henderson | 0.20 | 60.00 |
| 03/22/2021 | WP | Prepared email to T. Bumgardner regarding extension of time to respond to interrogatories, etc.; received email from T. Bumgardner regarding same | 0.30 | 90.00 |
| 03/29/2021 | WP | Prepared email to AK. Arthur, et al. regarding extension of discovery deadline | 0.20 | 60.00 |
| 03/30/2021 | WP | Prepared emails to K. Arthur regarding documents needed for production | 0.20 | 60.00 |
| 03/30/2021 | WP | Received email from K. Arthur regarding request for production of documents | 0.20 | 60.00 |
| 03/31/2021 | WP | Received email from K. Arthur; received disk regarding documents to be produced | 0.20 | 60.00 |
| 03/31/2021 | WP | Received email and attachments from K. Arthur regarding payment history | 0.40 | 120.00 |
| 04/01/2021 | WP | Reviewed discovery requests; began preparing responses to same | 2.50 | 750.00 |
| 04/01/2021 | WP | Received telephone call from S. Cordes regarding Objection to Disclosure Statement | 0.30 | 90.00 |
| 04/02/2021 | WP | Prepared email to J. Butera regarding Extension of Time to respond; received email from J. Butera regarding same; prepared email to T. Bumgardner regarding Extension of time to respond to discovery | 0.40 | 120.00 |
| 04/02/2021 | WP | Received three emails from J. Butera regarding responses to discovery requests; prepared three emails to J. Butera regarding same | 1.00 | 300.00 |
| 04/08/2021 | WP | Received email from A. Salazar Castillo regarding extension of time to respond; prepared email to A. Salazar Castillo regarding same | 0.20 | 60.00 |
| 04/09/2021 | WP | Reviewed discovery requests; conference call with J. Israel and clients; received email from J. Butera regarding production of documents | 0.90 | 270.00 |

Page 3
4/30/2021
BK Case Number: 1300137
Invoice No: 2215276

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 04/09/2021 | WP | Reviewed documents including tax return of Ramsey-Peele | 0.40 | 120.00 |
| 04/09/2021 | WP | Received telephone call from S. Cordes regarding Objection to Disclosure Statement | 0.20 | 60.00 |
| 04/09/2021 | MM | Reviewed discovery requests; Reviewed Investor Files from client to locate and print relevant documents for discovery responses | 3.20 | 688.00 |
| 04/12/2021 | MM | Continued reviewing documents for discovery requests | 3.10 | 666.50 |
| 04/13/2021 | WP | Received Order regarding adequate protection payments; prepared email | 0.20 | 60.00 |
| 04/14/2021 | WP | Revised discovery responses; reviewed documents to produce | 2.60 | 780.00 |
| 04/14/2021 | WP | Revised discovery responses | 0.50 | 150.00 |
| 04/15/2021 | MM | Revised discovery responses | 4.20 | 903.00 |
| 04/15/2021 | MM | Conducted research regarding 1. ECOA claims made by a guarantor and 2. procedure for filing a Motion for Protective Order under Rule 26(c) of the N.C. Rules of Civil Procedure; emailed W. Pettit regarding the same | 0.80 | 172.00 |
| 04/15/2021 | WP | Revised discovery responsed | 0.50 | 150.00 |
| 04/15/2021 | WP | Received Response from Bank Adminstrator regarding Application to Employ; revised discovery responses | 0.30 | 90.00 |
| 04/15/2021 | WP | Prepared email to J. Butera regarding draft of Responses to discovery requests | 0.30 | 90.00 |
| 04/15/2021 | WP | Reviewed cases regarding protective orders and Waiver of claims | 0.40 | 120.00 |
| 04/15/2021 | WP | Received emails from J. Butera and J. Israel regarding responses to interrogatories; prepared email to J. Israel regarding same | 0.40 | 120.00 |
| 04/15/2021 | WP | Received email from J. Butera | 0.20 | 60.00 |
| 04/15/2021 | WP | Reviewed NC Appellate cases on Motion for Protective Order | 0.40 | 120.00 |
| | | For Current Services Rendered | 32.90 | 8,909.50 |

<u>Expenses</u>

| | | | |
|---|---|---|---|
| 03/09/2021 | 117 COPIES | | 29.25 |
| 03/09/2021 | Bankruptcy/Pacer Search | | 3.50 |
| | Total Expenses | | 32.75 |

BK Case Number: 1300137
Invoice No: 2215276

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Advances

04/19/2021      Clerk of Superior Court - Filing of Notice of Hearing      20.00

Total Advances      20.00

Total Current Work:      8,962.25

Balance Due:      $8,962.25

**Please make check payable to:**
Hutchens Law Firm LLP

Dichmann Law Firm, PLLC
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1<br>
5/27/2021<br>
BK Case Number: 1300137<br>
Invoice No: 2218937

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

   filed 2/19/2020

<u>Fees</u>

| Date | | Description | Hours | |
|------|---|-------------|-------|---|
| 04/16/2021 | WP | Prepared email to J. Butera regarding responses to interrogatories; received email from J. Butera regarding same; dictated responses to interrogatories 20 and 21 | 0.50 | 150.00 |
| 04/17/2021 | WP | Dictated Motion for Protective Order, Notice of Hearing and Certificate of Service; reviewed cases interpreting Rule 26 (c) | 1.10 | 330.00 |
| 04/19/2021 | WP | Revised Responses to Interrogatories, et al and Motion for Protective Order; reviewed cases under Rule 26 (c) | 0.80 | 240.00 |
| 04/19/2021 | WP | Revised Responses to Interrogatories and Request for Production; revised Motion for Protective Order | 0.60 | 180.00 |
| 04/19/2021 | WP | Prepared to J. Butera regarding verification of Interrogatories | 0.20 | 60.00 |
| 04/19/2021 | WP | Prepared email to J. Butera regarding verification of Interrogatories | 0.20 | 60.00 |
| 04/19/2021 | WP | Received emails from J. Butera and J. Israel regarding verification | 0.20 | 60.00 |
| 04/19/2021 | MM | Completed final revisions of discovery responses | 0.50 | 107.50 |
| 04/20/2021 | WP | Revised Responses; reviewed documents to produce | 0.50 | 150.00 |
| 04/20/2021 | WP | Received telephone call from S. Cordes regarding Disclosure Statement; reviewed section 1125(a); dictated Objection to Disclosure Statement | 0.70 | 210.00 |
| 04/20/2021 | WP | Prepared emails to J. Butera regarding verification of Interrogatories | 0.30 | 90.00 |
| 04/20/2021 | WP | Revised Objection to Disclosure Statement; filed same | 0.30 | 90.00 |

Page 2
5/27/2021
BK Case Number: 1300137
Invoice No: 2218937

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

| | | | Hours | |
|---|---|---|---|---|
| 04/20/2021 | WP | Revised Responses; served same | 0.20 | 60.00 |
| 04/22/2021 | WP | Prepared for hearing on Objection to Disclosure Statement | 0.40 | 120.00 |
| 04/22/2021 | WP | Received Order in State Court proceeding | 0.20 | 60.00 |
| 04/22/2021 | WP | Received two emails and attachments from A. Salazar Castillo regarding verification of Responses to Interrogatories | 0.20 | 60.00 |
| 04/25/2021 | WP | Received and reviewed emails and attachments from A. Salazar Castillo | 0.30 | 90.00 |
| 04/26/2021 | WP | Received telephone call from S. Cordes regarding issues with Disclosure Statement | 0.20 | 60.00 |
| 04/27/2021 | WP | Prepared for hearing; reviewed Schedules, Plan and Statement of Value; telephone call to J. Henderson regarding same; court appearance | 1.80 | 540.00 |
| 04/27/2021 | WP | Received email from A. Salazar Castillo; telephone call to A. Salazar Castillo regarding results of hearing on Objection to Disclosure Statement | 0.40 | 120.00 |
| 04/27/2021 | WP | Received email from A. Salazar Castillo regarding Disclosure Statement hearing | 0.20 | 60.00 |
| 04/28/2021 | WP | Received documents from A. Salazar Castillo | 0.20 | 60.00 |
| 04/29/2021 | WP | Received emails from T. Bumgardner and A. Salazar Castillo regarding Motion for Protective Order and insurance, respectively; prepared email to T. Bumgardner regarding same | 0.30 | 90.00 |
| 04/30/2021 | WP | Dictated Order regarding hearing on April 27, 2021 on Motion to Enjoin Use of Cash Collateral; reviewed same | 0.30 | 90.00 |
| | | For Current Services Rendered | 10.60 | 3,137.50 |

Expenses

| | | |
|---|---|---|
| 03/10/2021 | 801COPIES | 200.25 |
| 04/20/2021 | 304 COPIES | 76.00 |
| 04/25/2021 | 330 COPIES | 82.50 |
| | Total Expenses | 358.75 |
| | Total Current Work: | 3,496.25 |

Page 3
5/27/2021
BK Case Number: 1300137
Invoice No: 2218937

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Balance Due:                                                                    $3,496.25

**Please make check payable to:**
Hutchens Law Firm LLP

Duncan Law Firm, LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
6/25/2021
BK Case Number: 1300137
Invoice No: 2223280

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

## Fees

| Date | | Description | Hours | |
|------|-----|-------------|-------|------|
| 05/04/2021 | WP | Received email from J. Henderson regarding Order; uploaded Order; received telephone call from S. Cordes regarding Objection to Confirmation | 0.40 | 120.00 |
| 05/07/2021 | WP | Received letter from P. Kelly, Mediator regarding mediation | 0.20 | 60.00 |
| 05/14/2021 | WP | Received email from J. Henderson regarding casualty insurance | 0.20 | 60.00 |
| 05/14/2021 | WP | Received and reviewed monthly reports for January and February 2021 | 0.30 | 90.00 |
| 05/17/2021 | WP | Received email from K. Arthur; prepared email to Counsel regarding insurance | 0.20 | 60.00 |
| 05/20/2021 | WP | Court Appearance regarding Motion for Protective Order | 0.30 | 90.00 |
| 05/24/2021 | WP | Received March, 2021 report; reviewed same; telephone call to J. Henderson | 0.50 | 150.00 |
| 05/25/2021 | WP | Prepared for hearing; Court appearance regarding Motion to Enjoin Use of Cash Collateral, et al.; dictated and revised Order | 1.20 | 360.00 |
| 05/26/2021 | WP | Received email from S. Abel regarding filing of Amended Disclosure Statement and Plan | 0.20 | 60.00 |
| 05/26/2021 | WP | Received email and twelve attachments from J. Henderson; reviewed same | 0.30 | 90.00 |
| | | For Current Services Rendered | 3.80 | 1,140.00 |

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Expenses</u>

| | | |
|---|---|---|
| 05/26/2021 | 12 COPIES | 3.00 |
| | Total Expenses | 3.00 |
| | Total Current Work: | 1,143.00 |
| | Balance Due: | $1,143.00 |

**Please make check payable to:**
Hutchens Law Firm LLP

The Spence Law Firm
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
7/29/2021
BK Case Number: 1300137
Invoice No: 2227318

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

#### Fees

| | | | Hours | |
|---|---|---|---|---|
| 06/01/2021 | WP | Received telephone call from J. Henderson regarding to Disclosure Statement | 0.20 | 60.00 |
| 06/07/2021 | WP | Received telephone call from S. Abel regarding status of Plan and requirements to confirm same; prepared email to S. Abel regarding fees | 0.40 | 120.00 |
| 06/08/2021 | WP | Received telephone call from S. Abel regarding Plan Confirmation issues; dictated Motion for Summary Judgment, Affidavit of John Renegar and client; dictated Notice of Hearing | 1.00 | 300.00 |
| 06/09/2021 | WP | Received telephone call from S. Cordes regarding plan confirmation issues | 0.30 | 90.00 |
| 06/10/2021 | WP | Received and reviewed Rule 2015.3 Periodic Report; received and reviewed email and attachments from J. Henderson regarding financial information requested | 0.70 | 210.00 |
| 06/10/2021 | WP | Received email from A. Salazar Castillo regarding update | 0.20 | 60.00 |
| 06/10/2021 | WP | Received telephone call from J. Henderson regarding Plan proposals | 0.30 | 90.00 |
| 06/11/2021 | WP | Reviewed Reports; prepared email to A. Salazar Castillo regarding updates | 0.40 | 120.00 |
| 06/14/2021 | WP | Received telephone call from S. Abel Bank Administrator regarding confirmation issues | 0.20 | 60.00 |
| 06/15/2021 | WP | Received Order Approving Disclosure Statement and Plan | 0.20 | 60.00 |
| 06/15/2021 | WP | Received email from A. Salazar Castillo regarding issues with Plan | 0.20 | 60.00 |

BK Case Number: 1300137
Invoice No: 2227318

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

| | | | Hours | |
|---|---|---|---|---|
| 06/15/2021 | WP | Received and briefly reviewed Amended Disclosure Statement and Plan | 0.40 | 120.00 |
| 06/17/2021 | WP | Reviewed Plan and Objections to same | 0.60 | 180.00 |
| 06/18/2021 | WP | Reviewed Plan; conference call with J. Buterra, K. Arthur and A. Salazar Castillo regarding plan issues | 1.20 | 360.00 |
| 06/18/2021 | WP | Received email from A. Salazar Castillo regarding witness availability | 0.20 | 60.00 |
| 06/18/2021 | WP | Received email from K. Arthur regarding insurance | 0.20 | 60.00 |
| 06/22/2021 | WP | Received telephone call from J. Henderson regarding resolution of Plan issues | 0.30 | 90.00 |
| 06/23/2021 | WP | Reviewed Plan and Disclosure Statement; dictated Objection to Confirmation | 2.00 | 600.00 |
| 06/23/2021 | WP | Prepared email to A. Salazar Castillo regarding requests for outstanding balance and witness availability; received email from Mediator | 0.40 | 120.00 |
| 06/23/2021 | WP | Dictated Affidavits for lender and J. Rengar; reviewed issues in state court action; dictated Motion for Summary Judgment and Notice of Hearing | 1.60 | 480.00 |
| 06/23/2021 | WP | Received email from A. Salazar Castillo regarding outstanding balance due and witness | 0.20 | 60.00 |
| 06/25/2021 | WP | Revised Objection to Confirmation | 0.30 | 90.00 |
| | | For Current Services Rendered | 11.50 | 3,450.00 |

Expenses

| | | | |
|---|---|---|---|
| 06/10/2021 | 61 COPIES | | 15.25 |
| | Total Expenses | | 15.25 |
| | Total Current Work: | | 3,465.25 |
| | Balance Due: | | $3,465.25 |

**Please make check payable to:**
Hutchens Law Firm LLP

PHH Mortgage

Kennedy, Calvin Ray /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Document Law Page 48
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
8/31/2021
BK Case Number: 1300137
Invoice No: 2230849

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

### Fees

| Date | | Description | Hours | |
|------|-----|-------------|-------|-------|
| 06/28/2021 | WP | Revised Affidavits of lender and closing attorney | 0.40 | 120.00 |
| 07/01/2021 | WP | Received emails from P. Kelly; prepared email to P. Kelly regarding mediation | 0.30 | 90.00 |
| 07/01/2021 | WP | Telephone call to S. Abel regarding plan confirmation issues | 0.20 | 60.00 |
| 07/08/2021 | MM | Research regarding 11 U.S.C. Section 1129(a) and (b); Reviewed draft of Objection to Confirmation of Plan | 1.00 | 215.00 |
| 07/11/2021 | WP | Received email from K. Arthur regarding payoff request; prepard email to K. Arthur regarding same; reviewed Bryson City decision | 0.50 | 150.00 |
| 07/12/2021 | WP | Dictated Consent Order | 0.30 | 90.00 |
| 07/12/2021 | WP | Research regarding additional defenses/objections to Plan; reviewed Plan | 0.80 | 240.00 |
| 07/13/2021 | WP | Revised Objection to Confirmation | 0.50 | 150.00 |
| 07/13/2021 | WP | Received telephone call from S. Cordes regarding Objection to Confirmation; revised Objection to Confirmation; dictated Ballot | 0.70 | 210.00 |
| 07/13/2021 | WP | Received email from K. Arthur; revised Objection; prepared emails to K. Arthur and A. Salazar Castillo regarding objection and payoff statement | 0.50 | 150.00 |
| 07/14/2021 | WP | Prepared email to J. Renger regarding execution of Affidavit | 0.20 | 60.00 |
| 07/14/2021 | WP | Received telephone call from J. Renger regarding problems with Affidavit; attached and filed Objection to Confirmation | 0.50 | 150.00 |

Page 2
8/31/2021
BK Case Number: 1300137
Invoice No: 2230849

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 07/14/2021 | WP | Received email and revised Affidavit; reviewed same | 0.20 | 60.00 |
| 07/15/2021 | WP | Received Ballott from B> Saintsing; reviewed other Ballots filed of record | 0.20 | 60.00 |
| 07/15/2021 | WP | Received emails from J. Butera and A. Salazar Castillo regarding Objection to Plan and Witness; prepared email to A. Salazar Castillo regarding witness | 0.40 | 120.00 |
| 07/15/2021 | WP | Prepared for hearing on confirmation | 0.50 | 150.00 |
| 07/16/2021 | WP | Received email from J. Henderson regarding settlement | 0.30 | 90.00 |
| 07/16/2021 | WP | Received email from A. Salazar Castillo regarding witness; prepared email in response; received telephone call from J. Henderson regarding possible terms to settle | 0.50 | 150.00 |
| 07/19/2021 | WP | Received telephone call from S. Abel, Bankruptcy Administrator regarding issues with Plan; received telephone call from J. Henderson regarding settlement proposal | 0.50 | 150.00 |
| 07/19/2021 | WP | Reviewed settlement proposal; prepared email to client regarding same | 0.40 | 120.00 |
| 07/19/2021 | WP | Received Report of Voting; reviewed Plan section 1126 (c) and (d), section 1129 (a)(10) and schedules of Unsecured claims; reviewed claims register and claims | 0.90 | 270.00 |
| 07/20/2021 | WP | Telephone call to S. Cordes regarding confirmation issues | 0.20 | 60.00 |
| 07/20/2021 | WP | Telephone call to B. Verdooren regarding proposed Settlement of Objection to Confirmation | 0.30 | 90.00 |
| 07/20/2021 | WP | Received email from K. Arthur; reviewed terms of settlement | 0.20 | 60.00 |
| 07/21/2021 | WP | Received email from K. Arthur; telephone call from J. Henderson regarding terms of settlement; prepared emails to J. Henderson and K. Arthurs regarding confirmation of terms; prepared email to B. Verdovren regarding request of witness | 1.30 | 390.00 |
| 07/21/2021 | WP | Received email from K. Arthur regarding approval of settlement; prepared emails to J. Henderson and K. Arthur regarding same | 0.40 | 120.00 |
| 07/21/2021 | WP | Received email from K. Arthur regarding settlement; prepared emails to J. Henderson and K. Arthur regarding same | 0.30 | 90.00 |
| 07/21/2021 | WP | Received emails from A. Salazar Castillo regarding witness; prepared email in response and confirmation issues; reviewed Plan and Disclosure Statement | 0.60 | 180.00 |
| 07/21/2021 | WP | Received telephone calls from J. Henderson and S. Abel, Bank Administrator; regarding status of objection and prospects of settlement | 0.40 | 120.00 |

Page 3
8/31/2021
BK Case Number: 1300137
Invoice No: 2230849

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/21/2021 | WP | Preparation for hearing regarding confirmation; reviewed cases on section 1129(b) issues; prepared testimony and reviewed documents | 1.90 | 570.00 |
| 07/21/2021 | WP | Received telephone call from J. Henderson regarding short postponement of confirmation hearing | 0.20 | 60.00 |
| 07/22/2021 | WP | Prepared for hearing on confirmation; court appearance regarding hearing; prepared email to A. Salazar Castillo regarding update | 2.70 | 810.00 |
| 07/22/2021 | WP | Received emails from B. Verdooren regarding appearance; received emails from J. Butera regarding terms of settlement; prepared email to J. Butera regarding pending issues | 0.50 | 150.00 |
| 07/22/2021 | WP | Dictated Motion for Summary Judgment, Notice of Hearing and Certificate of Service | 0.40 | 120.00 |
| 07/23/2021 | WP | Telephone call to J. Keane regarding testimony as Expert Witness | 0.50 | 150.00 |
| 07/26/2021 | WP | Received and reviewed Motion for Summary Judgment by Ramsey-Peele; reviewed legal basis for same | 0.40 | 120.00 |
| 07/26/2021 | WP | Research regarding blank endorsement and holder | 0.80 | 240.00 |
| 07/26/2021 | WP | Research regarding unimpairment and right to collect default interest | 0.40 | 120.00 |
| 07/26/2021 | WP | Received telephone call from J. Henderson regarding resolution of Objection to Confirmation | 0.20 | 60.00 |
| 07/28/2021 | WP | Received telephone call from J. Henderson regarding new settlement offer; reviewed 1111 Myrtle decision; prepared email to clients regarding update | 0.70 | 210.00 |
| 07/28/2021 | WP | Prepared email to A. Salazar Castillo regarding update on settlement discussion and fees due client; received email from J. Butero regarding confirmation issues | 0.60 | 180.00 |
| 07/28/2021 | WP | Received email from A. Salazar Castillo regarding right to lender to collect prepayment fee; reviewed loan and Security Agreement regarding same; prepared email to A. Salazar Castillo requesting right to recover prepayment fee | 0.50 | 150.00 |
| 07/29/2021 | WP | Received telephone call from J. Henderson regarding resolution of pending issues | 0.20 | 60.00 |
| 07/29/2021 | WP | Conference with J. Keane regarding findings as to interest rates and review of testimony as expert | 1.00 | 300.00 |
| 07/30/2021 | WP | Received telephone call from J. Henderson regarding new Settlemenet Proposal; prepared email to clients regarding same | 0.50 | 150.00 |
| 07/30/2021 | WP | Received email from J. Butera regading new settlement proposal; prepared email to J. Butera regarding same | 0.50 | 150.00 |

Page 4
8/31/2021
BK Case Number: 1300137
Invoice No: 2230849

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

| | | | Hours | |
|---|---|---|---|---|
| 07/30/2021 | WP | Received second email from J. Butera regarding acceptable terms to settle; telephone call to J. Henderson regarding same | 0.40 | 120.00 |
| 07/30/2021 | WP | Received email from J. Henderson regaring settlement | 0.20 | 60.00 |
| | | For Current Services Rendered | 26.10 | 7,745.00 |

Expenses

| | | |
|---|---|---|
| 07/14/2021 | 48 COPIES | 12.00 |
| 07/19/2021 | Bankruptcy/Pacer Search | 15.50 |
| 07/21/2021 | 80 COPIES | 20.00 |
| 07/22/2021 | Travel Expense-parking | 2.00 |
| 07/22/2021 | 33 COPIES | 8.25 |
| | Total Expenses | 57.75 |
| | Total Current Work: | 7,802.75 |
| | Balance Due: | $7,802.75 |

**Please make check payable to:**
Hutchens Law Firm LLP

Blackman Law Firm, P.A.
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
9/30/2021
BK Case Number: 1300137
Invoice No: 2235422

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 08/02/2021 | WP | Received emails from J. Henderson and M. Fryling regarding hearing dates and confirmation issus | 0.20 | 60.00 |
| 08/02/2021 | WP | Prepared email to J. Butera regarding settlement terms | 0.40 | 120.00 |
| 08/02/2021 | WP | Received emails from J. Butera and J. Henderson regarding confirmation issues | 0.30 | 90.00 |
| 08/02/2021 | WP | Prepared email to J. Butera regarding consenual plan terms; received email from J. Butera regarding problem terms | 0.40 | 120.00 |
| 08/02/2021 | WP | Received email from J. Henderson regarding confirmation hearing; prepared emails to M. Fryling, Judge Whitley's Clerk and J. Butera regarding hearing and settlement issues | 0.40 | 120.00 |
| 08/02/2021 | WP | Received email from J. Butera regarding settlement of confirmation issues; received email from J. Butera regarding same | 0.30 | 90.00 |
| 08/02/2021 | WP | Received email from J. Butera regarding tentative agreement on terms; prepared email to J. Butera regarding  confirming terms | 0.40 | 120.00 |
| 08/03/2021 | WP | Received emails from J. Butera regarding terms of resolution and DID account; prepared email to J. Henderson regarding tentative offer | 0.80 | 240.00 |
| 08/03/2021 | WP | Dictated Supplemental Affidavit | 0.70 | 210.00 |
| 08/03/2021 | WP | Research regarding holder of Note endorsed in blank | 0.50 | 150.00 |
| 08/04/2021 | WP | Revised Affidavit of J. Renger regarding state court action | 0.20 | 60.00 |

Page 2
9/30/2021
BK Case Number: 1300137
Invoice No: 2235422

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/04/2021 | WP | Received email from J. Henderson regarding terms of consensual plan | 0.30 | 90.00 |
| 08/04/2021 | WP | Received telephone call from J. Henderson regarding amendments to plan | 0.20 | 60.00 |
| 08/05/2021 | WP | Prepared email to A. Salazar Castillo regarding insurance information; received email from A. Salazar Castillo; received and reviewed second Amended Plan and email from J. Henderson; reviewed same | 0.50 | 150.00 |
| 08/05/2021 | WP | Received telephone call from J. Henderson regarding revisions of Plan | 0.20 | 60.00 |
| 08/05/2021 | WP | Received second draft of second Amended Plan; reviewed same; prepared email to J. Butera regarding same; received and reviewed Monthly Report | 0.40 | 120.00 |
| 08/05/2021 | WP | Received emails from J. Butera regarding issues with second Amended Plan; prepared emails to J. Butera regarding same | 0.40 | 120.00 |
| 08/05/2021 | WP | Received emails from J. Butera regarding legal fees reimbursement, non-monetary default and status of Ramsey-Peele action; prepared emails on response | 0.60 | 180.00 |
| 08/05/2021 | WP | Received email from J. Butera regarding payment of claims to Griffith and McGlohan; prepared email in response | 0.30 | 90.00 |
| 08/05/2021 | WP | Received email from J. Butera regarding plan terms; prepared email in response | 0.20 | 60.00 |
| 08/09/2021 | WP | Received email from J. Butera | 0.20 | 60.00 |
| 08/10/2021 | WP | Revised Affidavits for Wilmington Savings and J. Renger; attached exhibits; prepared email to J. Renger regarding execution | 0.80 | 240.00 |
| 08/10/2021 | WP | Reviewed section 365(e) and 1124(2) of Codes | 0.30 | 90.00 |
| 08/10/2021 | WP | Prepared email to J. Butera regarding remaining issues; received email from J. Butera regarding same | 0.50 | 150.00 |
| 08/10/2021 | WP | Received emails from J. Renger regarding Affidavit execution; prepare email to J. Renger regarding same | 0.20 | 60.00 |
| 08/11/2021 | WP | Received telephone call from J. Henderson regarding resolution of remaining issues; prepared email to J. Butera regarding same | 0.60 | 180.00 |
| 08/11/2021 | WP | Received email from J. Butera regarding terms of Settlement; telephone call to J. Henderson regarding same | 0.40 | 120.00 |
| 08/11/2021 | WP | Prepared email to J. Butera regarding terms of settlement | 0.20 | 60.00 |
| 08/11/2021 | WP | Received emails from J. Butera and J. Israel regarding issues with settlement terms; prepared email to J. Butera and J. Israel regarding same | 0.80 | 240.00 |

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 08/12/2021 | WP | Received telephone call and email from J. Renger regarding execution of Affidavit | 0.20 | 60.00 |
| 08/12/2021 | WP | Received email and Affidavit from A. Salazar Castillo | 0.20 | 60.00 |
| 08/12/2021 | WP | Telephone call to T. Bumgardner regarding resolution of Ramsey Peele action | 0.20 | 60.00 |
| 08/13/2021 | WP | Received telephone call from S. Abel regarding status of bankruptcy proceeding/chapter 11 Plan | 0.20 | 60.00 |
| 08/16/2021 | WP | Reviewed Second Amended Plan; conference call with J. Butera et al.; received Affidavit | 0.80 | 240.00 |
| 08/18/2021 | WP | Received emails from A. Abel, bank administrator and J. Henderson regarding status of Plan Confirmation; prepared email to parties regarding same | 0.20 | 60.00 |
| 08/18/2021 | WP | Revised Notice of Hearing; attached Exhibits to Affidavit | 0.30 | 90.00 |
| 08/20/2021 | WP | Received email from J. Keane regarding interest rate issue | 0.20 | 60.00 |
| 08/24/2021 | WP | Received email from J. Butera regarding Plan issues | 0.30 | 90.00 |
| 08/25/2021 | WP | Research regarding holder of Note assigned in blank; dictated Brief; prepared email to T. Bumgardner regarding continuance of Motions and trial; received email from T. Bumgardner regarding same | 2.10 | 630.00 |
| 08/26/2021 | WP | Received emails from T. Bumgarner and A. Salazar Castillo regarding continuance of State Court matter and escrow issues; prepared email to T. Bumgarner continuance of State Court matter | 0.40 | 120.00 |
| 08/26/2021 | WP | Dictated Motion to Continue; prepared emails to J. Henderson and J. Butera regarding meeting and continuance of hearing trial in State Court matter | 0.50 | 150.00 |
| 08/26/2021 | WP | Revised Motion to Continue and Exhibit; prepared emails to J. Butera and J. Henderson regarding status and meeting | 0.40 | 120.00 |
| 08/26/2021 | WP | Revised Memorandum; prepared email to T. Bumgarner regarding same and Motion to Continue | 0.60 | 180.00 |
| 08/26/2021 | WP | Received email and T. Bumgardner regarding Motion to Continue; prepared email in response | 0.20 | 60.00 |
| 08/27/2021 | WP | Conference with J. Henderson regarding remaining issues of Wilmington Savings regarding Plan | 0.40 | 120.00 |
| 08/27/2021 | WP | Telephone call to Richard Lockhart courtroom Clerk regarding continuing of Motions; prepared email to T. Bumgardner regading same; revised Motion to Continue | 0.30 | 90.00 |

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

|            |    |                                                                              | Hours  |          |
|------------|----|------------------------------------------------------------------------------|--------|----------|
| 08/27/2021 | WP | Received Brief from T. Bumgardner                                             | 0.20   | 60.00    |
| 08/30/2021 | WP | Received email from J. Henderson regarding status of issues with PHH and Kennedys | 0.20   | 60.00    |
| 08/30/2021 | WP | Revised Motion to Continue Trial; filed same                                 | 0.20   | 60.00    |
|            |    | For Current Services Rendered                                                | 19.80  | 5,940.00 |

Expenses

| 08/10/2021 | 84 COPIES        | 21.00 |
|------------|------------------|-------|
| 08/18/2021 | 218 COPIES       | 54.50 |
|            | Total Expenses   | 75.50 |

Advances

| 08/18/2021 | Clerk of Superior Court - Filing of Notice of Hearing | 20.00 |
|------------|-------------------------------------------------------|-------|
|            | Total Advances                                        | 20.00 |

Total Current Work:                                                   6,035.50

Balance Due:                                                          $6,035.50

**Please make check payable to:**
Hutchens Law Firm LLP

Dougald Law Firm LLC
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1<br>
10/29/2021<br>
BK Case Number: 1300137<br>
Invoice No: 2238867

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

     filed 2/19/2020

<u>Fees</u>

| Date | | Description | Hours | Amount |
|------|----|-------------|-------|--------|
| 09/01/2021 | WP | Received Notice of Trial and Pre-Trial Procedures | 0.20 | 60.00 |
| 09/03/2021 | WP | Received email from J. Henderson regarding responses to issues raised by Wilmington Savings | 0.40 | 120.00 |
| 09/03/2021 | WP | Received email from Mediator; prepared email to Mediator regarding mediation date | 0.20 | 60.00 |
| 09/04/2021 | WP | Prepared email from J. Butera and B. Verdooren regarding plan issues and Mediation in State Court litigation | 0.40 | 120.00 |
| 09/04/2021 | WP | Dictated and revised Motion to Extend ADR Deadline and Order; prepared email to P. Kelly, Mediator regarding filing of Motion and proposed mediation date | 0.50 | 150.00 |
| 09/08/2021 | WP | Received Order Continuing Trial | 0.20 | 60.00 |
| 09/09/2021 | WP | Received emails from J. Butera and A. Salazar Castillo regarding plan issues and payment from escrow; reviewed loan documents and files; prepared email to J. Butera and A. Salazar Castillo regarding same | 1.00 | 300.00 |
| 09/10/2021 | WP | Prepared email to P. Kelly, Mediator regarding postponing mediation; prepared emails to R. Calhoun regarding same and to J. Henderson regarding remaining issues with Plan | 0.60 | 180.00 |
| 09/10/2021 | WP | Prepared email to S. Abel regarding same and to R. Calhoun regarding mediation | 0.40 | 120.00 |
| 09/13/2021 | WP | Received emails from J. Henderson regarding response to offer to settle | 0.20 | 60.00 |

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 09/14/2021 | WP | Received emails from C. White; prepared email to C. White regarding dates for mediation; prepared email to R. Calhoun; received email from J. Butera regarding status of bank; prepared email to J. Butera regarding same | 0.50 | 150.00 |
| 09/14/2021 | WP | Received and reviewed email and attachments from J. Henderson regarding requests for information/documents | 0.30 | 90.00 |
| 09/15/2021 | WP | Received email from A. Salazar Castillo regarding escrow analysis | 0.20 | 60.00 |
| 09/15/2021 | WP | Received email from R. Calhoun regarding mediation and witness; prepared email to R. Calhoun regarding same | 0.20 | 60.00 |
| 09/16/2021 | WP | Received email from S. Cordes regarding status; prepared email to S. Cordes regarding same | 0.20 | 60.00 |
| 09/17/2021 | WP | Received email from P. Kelly, Mediator, regarding issues with mediation | 0.20 | 60.00 |
| 09/18/2021 | WP | Prepared emails to R. Calhoun and P. Kelly regarding mediation of State Court action | 0.40 | 120.00 |
| 09/20/2021 | WP | Received emails from P. Kelly and his paralegal; received email from T. Bumgardner regarding mediation; prepared email to R. Calhoun regarding same | 0.30 | 90.00 |
| 09/21/2021 | WP | Received emails from R. Calhoun and B. Shadle regarding mediation; prepared email to mediator | 0.30 | 90.00 |
| 09/23/2021 | WP | Received emails from T. Bumgarner, P. Kelly and C. White | 0.30 | 90.00 |
| 09/24/2021 | WP | Received email from J. Henderson regarding settlement of matters/plan; prepared email to J. Butera regarding same | 0.40 | 120.00 |
| 09/27/2021 | WP | Received email from J. Butera regarding remaining issues of Wilmington Savings | 0.20 | 60.00 |
| 09/28/2021 | WP | Received email from S. Cordes regarding status; prepared email to S. Cordes and J. Henderson | 0.30 | 90.00 |
| 09/28/2021 | WP | Received email from J. Henderson regarding resolution of remaining issues | 0.20 | 60.00 |
| 09/29/2021 | WP | Prepared email to J. Buterra regarding junior liens on property and DIP account; received email from J. Buterra regarding same | 0.30 | 90.00 |
|  |  | For Current Services Rendered | 8.40 | 2,520.00 |

### Expenses

| 09/29/2021 | 28 COPIES | 7.00 |
|---|---|---|
|  | Total Expenses | 7.00 |

Page 3
10/29/2021
BK Case Number: 1300137
Invoice No: 2238867

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation / ?
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Total Current Work:                                                2,527.00

Balance Due:                                                     $2,527.00

**Please make check payable to:**
Hutchens Law Firm LLP

Anderson Law Firm
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
11/30/2021
BK Case Number: 1300137
Invoice No: 2242123

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation / .
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 10/01/2021 | WP | Prepared emails to B. Shadle regarding preparation for mediation; received emails from B. Shadle regarding same | 0.30 | 90.00 |
| 10/01/2021 | WP | Prepared emails to B. Shadle regarding documents to review; telephone call to B. Shadle regarding preparation for mediation | 0.50 | 150.00 |
| 10/01/2021 | WP | Received emails from T. Bumgardner and P. Kelly regarding mediations | 0.20 | 60.00 |
| 10/04/2021 | WP | Prepared for mediation; telephone call from T. Bumgarner regarding same; mediation with B. Sandler, mediator and opposing parties | 1.60 | 480.00 |
| 10/05/2021 | WP | Received email from J. Henderson; prepared email to J. Henderson | 0.20 | 60.00 |
| 10/13/2021 | WP | Received emails; reviewed emails | 0.40 | 120.00 |
| 10/19/2021 | WP | Received emails from client and S. Abel regarding mediation and plan confirmation | 0.20 | 60.00 |
| 10/28/2021 | WP | Received emails from S. Cordes and J. Henderson regarding plan confirmation | 0.30 | 90.00 |
| | | For Current Services Rendered | 3.70 | 1,110.00 |
| | | Total Current Work: | | 1,110.00 |

Page 2
11/30/2021
BK Case Number: 1300137
Invoice No: 2242123

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Balance Due:                                                                      $1,110.00

**Please make check payable to:**
Hutchens Law Firm LLP

Pittman Law Firm, L.P.
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
12/30/2021
BK Case Number: 1300137
Invoice Number: 2245463

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

<u>Fees</u>

| | | | Hours | |
|---|---|---|---|---|
| 11/01/2021 | WP | Telephone call to S. Abel regarding amendments to Plan | 0.20 | 60.00 |
| 11/01/2021 | WP | Received and reviewed email and secon amended Plan; prepared email to J. Butera regarding same | 0.60 | 180.00 |
| 11/03/2021 | WP | Received emails from S. Cordes and S. Abel regarding Amended terms of Plan; prepared email to S. Abel regarding same | 0.20 | 60.00 |
| 11/05/2021 | WP | Received and reviewed Monthy Reports for August and September 2021 | 0.20 | 60.00 |
| 11/10/2021 | WP | Received email from S. Abel regarding confirmation issues; telephone call to S. Abel regarding same | 0.20 | 60.00 |
| 11/12/2021 | WP | Received emails from J. Buterra and A. Delvecchino regarding plan terms; prepared email to J. Baterra regarding same | 0.30 | 90.00 |
| 11/15/2021 | WP | Prepared email to J. Henderson regarding terms to confirmation plan | 0.20 | 60.00 |
| 11/16/2021 | WP | Received email from J. Henderson regarding final revisions to Amended Plan | 0.30 | 90.00 |
| 11/16/2021 | WP | Prepared email to J. Henderson regarding cure period in the event of default | 0.20 | 60.00 |
| 11/16/2021 | WP | Received email from J. Henderson regarding final terms of Plan; prepared email to J. Henderson regarding same | 0.30 | 90.00 |
| 11/24/2021 | WP | Received email from J. Henderson regarding treatment of Wilmington Savings in Plan | 0.20 | 60.00 |

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation / :
6025 Clarke Creek Pkwy

Charlotte, NC 28269

<u>Fees</u>

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 11/29/2021 | WP | Telephone call to J. Henderson regarding resolution of Plan issues | | 0.20 | 60.00 |
| 11/30/2021 | WP | Prepared emails to J. Butera regarding resolution of Plan issues; prepared email to T. Bumgarner regarding resolution of state court matter; received email from J. Henderson regarding same | | 0.60 | 180.00 |
| 11/30/2021 | WP | Received email from A. Salazar Casatillo regarding escrow surplus | | 0.20 | 60.00 |
| | | For Current Services Rendered | | 3.90 | 1,170.00 |

<u>Expenses</u>

| 11/05/2021 | 10 COPIES | 2.50 |
|---|---|---|
| | Total Expenses | 2.50 |
| | Total Current Work: | 1,172.50 |

| | Balance Due: | $1,172.50 |
|---|---|---|

**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888

Page 1
1/31/2022
BK Case Number: 1300137
Invoice No: 2248747

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan

filed 2/19/2020

## Fees

| | | | Hours | |
|---|---|---|---|---|
| 12/01/2021 | WP | Prepared email to S. Abel regarding status of confirmation of Plan | 0.20 | 60.00 |
| 12/06/2021 | WP | Received email from J. Henderson regarding Plan as amended | 0.20 | 60.00 |
| 12/07/2021 | WP | Received emails from J. Henderson and S. Abel regarding hearing on Confirmation; prepared email to Judge Whitley's law clerk regarding same | 0.40 | 120.00 |
| 12/10/2021 | WP | Received and reviewed Rule 2015.3 Periodic Statement | 0.20 | 60.00 |
| 12/17/2021 | WP | Reviewed Second Amended Plan; revised Motion for Continuance; reviewed emails from A. Salazar Castillo regarding surplus in escrow | 1.00 | 300.00 |
| 12/19/2021 | WP | Prepared email to J. Henderson regarding hearing on Confirmation; prepared email to R. Calhoun regarding witness; prepared email to A. Salazar-Castillo regarding escrow fund | 0.60 | 180.00 |
| 12/20/2021 | WP | Received email from A. Salazar-Castillo regarding escrow account | 0.20 | 60.00 |
| 12/20/2021 | WP | Prepared email to T. Bumgardner regarding continuance; revised Motion to Continuance; received email from J. Henderson and Notice of Hearing; received email from R. Calhoun regarding witness | 0.40 | 120.00 |
| 12/30/2021 | WP | Reviewed Local Rules regarding Pre-Trial Disclosure; prepared email to D. Savage, TCA regarding status of Motion to Continue | 0.40 | 120.00 |
| 12/30/2021 | WP | Reviewed Second Amended Plan | 0.80 | 240.00 |
| | | For Current Services Rendered | 4.40 | 1,320.00 |

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Total Current Work:                                                        1,320.00

Balance Due:                                                            $1,320.00

**Please make check payable to:**
Hutchens Law Firm LLP

Hutchens Law Firm LLP
P.O. BOX 2505
FAYETTEVILLE, NC 28302
TELEPHONE (910) 864-6888
TAX ID: 47-4160398

Page 1
3/4/2022
BK Case Number: 1300137
Invoice No: 2253531

PHH Mortgage
5177 Richmond Avenue, Suite 300
Houston, TX 77056

Attn: Aracely Salazar Castillo


Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269
Case No. 20-30208 CH 11 Review of Plan


filed 2/19/2020


#### Fees

| | | | Hours | |
|---|---|---|---|---|
| 01/01/2022 | WP | Prepared email to J. Butera regarding update; reviewed Local Rules regarding jury trials; began preparing for trial | 0.80 | 240.00 |
| 01/03/2022 | WP | Received email from D. Savage regarding continuance of trial; prepared Order, emails to D. Savage and J. Butera regarding status of trial | 0.40 | 120.00 |
| 01/07/2022 | WP | Received telephone call from J. Henderson regarding escrow analysis; prepared email to A. Salazar Castillo regarding same | 0.50 | 150.00 |
| 01/07/2022 | WP | Received email and annual escrow statement; reviewed same; prepared email to J. Henderson regarding same | 0.40 | 120.00 |
| 01/10/2022 | WP | Prepared for hearing on confirmation; telephone call to J. Henderson regarding remaining confirmation issues | 0.50 | 150.00 |
| 01/11/2022 | WP | Prepared for hearing; conference with counsel for Debtors and Debtors; Court appearance regarding hearing on confirmation; prepared email to J. Baterra regarding status | 2.60 | 780.00 |
| 01/11/2022 | WP | Dictated Consent Order | 0.40 | 120.00 |
| 01/21/2022 | WP | Received email and proposed Order Confirming Plan | 0.20 | 60.00 |
| 01/23/2022 | WP | Reviewed Order Confirming Plan; prepared email to J. Buterra, et al; revised state court Order | 0.70 | 210.00 |
| 01/24/2022 | WP | Revised Consent Order | 0.20 | 60.00 |
| 01/28/2022 | WP | Received Order Confirming Plan and Order in Aid of Consummation | 0.30 | 90.00 |

Page 2
3/4/2022
BK Case Number: 1300137
Invoice No: 2253531

PHH Mortgage

Kennedy, Calvin Ray / Kennedy, Cynthia M. / Ramsey-Peele Corporation /
6025 Clarke Creek Pkwy

Charlotte, NC 28269

Fees

| | | | Hours | |
|---|---|---|---|---|
| 01/29/2022 | WP | Dictated Application to Allow Fees and Expenses under section 506(b), Notice and Proposed Order | 1.00 | 300.00 |
| 02/05/2022 | WP | Received email from R. Calhoun regarding state court trial; prepared email regarding same | 0.20 | 60.00 |
| 02/07/2022 | WP | Prepared email to J. Henderson regarding Consent Order; received email from J. Henderson regarding proposed revision to same | 0.20 | 60.00 |
| 02/08/2022 | WP | Dictated Notice to file in State Court | 0.20 | 60.00 |
| 02/14/2022 | WP | Conference with D. Savage in Trial Court Administrator Office regarding Consent Order | 0.80 | 240.00 |
| 02/17/2022 | WP | Revised Application for Fees; prepared email to J. Buterra regarding resolution of bankruptcy and entry of Consent Order | 0.40 | 120.00 |
| 02/21/2022 | WP | Prepared email to T. Bumgardner and J. Henderson regarding stay of state court action | 0.20 | 60.00 |
| 03/29/2022 | WP | Court Appearance in regarding Application of Attorney Fees and Expenses | 1.50 | 450.00 |
| | | For Current Services Rendered | 11.50 | 3,450.00 |

Expenses

| | | |
|---|---|---|
| 01/01/2022 | 65 COPIES | 16.25 |
| 01/01/2022 | Bankruptcy/Pacer Search | 3.00 |
| 01/10/2022 | 91 COPIES | 22.75 |
| 02/14/2022 | Travel Expense-parking | 2.00 |
| | Total Expenses | 44.00 |
| | Total Current Work: | 3,494.00 |
| | Balance Due: | $3,494.00 |

**Please make check payable to:**
Hutchens Law Firm LLP

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-30208 |
| | ) | CHAPTER 11 |
| CALVIN RAY KENNEDY a/k/a | ) | |
| C. RAY KENNEDY and | ) | |
| CYNTHIA M. KENNEDY | ) | |
| | ) | |
| DEBTORS. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, William Walt Pettit as attorney of record for Wilmington Savings Trust Society, FSB d/b/a Christina Trust not in its individual capacity but solely as Owner Trustee of the Residential Credit Opportunities Trust II, hereby certify that on the __4__ day of March, 2022, I served a copy of the Application of Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in its individual capacity but Solely as Owner Trustee of Residential Credit Opportunities Trust II for Attorney's Fees and Expenses by either electronic notice in accordance with the local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United states Postal Service, said envelope being addressed as follows:

Calvin Ray Kenney
Cynthia M Kennedy
4324 Satterwythe Lane
Charlotte NC 28215

James H. Henderson, Esq.
(by ECF service)

Shelley Abel, Esq.
U.S. Bankruptcy Administrator's Office
(by ECF service)

HUTCHENS LAW FIRM LLP
Attorneys for Wilmington Savings Trust Society,
FSB d/b/a Christina Trust not in its individual
capacity but solely as Owner Trustee of the
Residential Credit Opportunities Trust II

By: _____
William Walt Pettit
NC Bar No.: 9407
6230 Fairview Road, Suite 315
Charlotte, N.C. 28210
Telephone: (704) 362-9255
Email: walt.pettit@hutchenslawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-30208 |
| | ) | CHAPTER 11 |
| CALVIN RAY KENNEDY a/k/a | ) | |
| C. RAY KENNEDY and | ) | |
| CYNTHIA M. KENNEDY | ) | |
| | ) | |
| DEBTORS. | ) | |

## CERTIFICATE OF SERVICE

I, William Walt Pettit as attorney of record for Wilmington Savings Trust Society, FSB d/b/a Christina Trust not in its individual capacity but solely as Owner Trustee of the Residential Credit Opportunities Trust II, hereby certify that on the ___4___ day of March, 2022, I served a copy of the Notice of Opportunity for Hearing on the Application of Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in its individual capacity but Solely as Owner Trustee of Residential Credit Opportunities Trust II for Attorney's Fees and Expenses by either electronic notice in accordance with the local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the, United states Postal Service, said envelopes being to all parties that appear on the Debtors mailing matrix, a copy of which is attached:

> HUTCHENS LAW FIRM LLP
> Attorneys for Wilmington Savings Trust Society,
> FSB d/b/a Christina Trust not in its individual
> capacity but solely as Owner Trustee of the
> Residential Credit Opportunities Trust II
>
> By: _William Walt Pettit_____
> William Walt Pettit
> NC Bar No.: 9407
> 6230 Fairview Road, Suite 315
> Charlotte, N.C. 28210
> Telephone: (704) 362-9255
> Email: walt.pettit@hutchenslawfirm.com

Label Matrix for local noticing
0419-3
Case 20-30208
Western District of North Carolina
Charlotte
Fri Mar  4 14:40:22 EST 2022

U.S. Bankruptcy Administrator Office
402 W. Trade Street
Suite 200
Charlotte, NC 28202-1673

United States Attorney
227 West Trade Street
Carillon Bldg, Suite 1700
Charlotte, NC 28202-1675

Wilmington Savings Trust Society, FSB d/b/a
Hutchens Law Firm LLC
6230 Fairview Road Suite 315
Charlotte, NC 28210-3151

Charlotte Division
401 West Trade Street
Charlotte, NC 28202-1633

American Express
PO Box 36002
Ft Lauderdale, FL 33336-0002

American Express National Bank
c/o Zwicker and Associates, P.C.
P.O. Box 9043
Andover, MA 01810-0943

American Product Distributors Inc
8350 Arrowridge Boulevard Suite A
Charlotte, NC 28273-5757

Ashley Funding Services LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC   29603-0587

Atrium Health
1000 Blythe Boulevard
Charlotte, NC 28203-5812

Byron L. Saintsing
Smith Debnam Narron Drake Saintsing
PO Box 176010
Raleigh, NC 27619-6010

CAN Capital Asset Servicing Inc
2015 Vaughn Road NW Building 500
Kennesaw, GA 30144-7831

CAN Capital, Inc.
2015 Vaughn Rd Bldg 500
Kennesaw, GA 30144-7831

Calvin Ray Kennedy !!
18904 Peninsula Point Drive
Cornelius, NC 28031-7598

Calvin Ray Kennedy Jr
18904 Peninsula Point Drive
Cornelius, NC 28031-7598

Decathlon Alpha III LP
1389 Center Drive Suite 200
Park City, UT 84098-7660

Essendant Co
One Parkway North Boulevard Suite 100
Deerfield, IL 60015-2559

Essendant Co.
Popper & Grafton
225 W. 34th Street, Suite 1316
New York, NY 10122-1600

Fay Servicing
PO Box 619063
Dallas, TX 75261-9063

Ferguson Receivables, LLC
c/o Byron L. Saintsing
Smith Debnam
PO Box 176010
Raleigh, NC 27619-6010

Fora Financial Business Loans LLC
c/o Delia C Thrasher
Thompson O'Brien Kemp & Nasuti PC
40 Technology Parkway South Suite 300
Norcross, GA 30092-2924

Fora Financial Business Loans, LLC
12 Powder Springs Street, Suite 240
Marietta, GA 30064-7205

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Iredell County Tax Collector
PO Box 1027
Statesville, NC 28687-1027

Kimberly Griffin
9712 Moody Court
Harrisburg, NC 28075-6642

Ladd Ackerman
Ackerman Law Firm PA
3300 Shopton Road
Charlotte, NC 28217-2949

Law Office of Thomas D Bumgardner
13850 Ballantyne Corporate Place Suite
Charlotte, NC 28277-2830

Legolia McGlohon
4324 Satterwythe Lane
Charlotte, NC 28215-8511

Lending Club
71 Stevenson Street Suite 300
San Francisco, CA 94105-2985

Marquette Commercial Finance, a division
of Marquette Finance Inc.
1600 West 82nd Street Suite 250
Bloomington, MN 55431-1407

Mecklenburg County Tax Collector
Tax Bankruptcy Section
PO Box 31637
Charlotte, NC 28231-1637

Mill City Mortgage Loan Trust 2018-1, et. al
P.O. Box 814609
Dallas, TX 75381-4609

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

New York Life
PO Box 6916
Cleveland, OH 44101-1916

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Ocwen
PO Box 6440
Carol Stream, IL 60197-6440

PHH Mortgage
PO Box 5452
Mount Laurel, NJ 08054-5452

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

S P Richards Company
6300 Highlands Parkway
Marietta, GA 30062

S.P. Richards Company
Weinberg, Wheeler, Hudgins, Gunn &
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133-5474

Samuel R Grafton
Popper & Grafton
225 West 34th Street Suite 1316
New York, NY 10122-1600

Sanger Health Clinic
1001 Blythe Blvd #300
Charlotte, NC 28203-5860

Secured Lender Solutions
PO Box 2576
Springfield, IL 62708-2576

Shannon S Frankel
David A Senter Jr
Young Moore and Henderson PA
PO Box 31627
Raleigh, NC 27622-1627

Stacy C. Cordes
Burt & Cordes, PLLC
122 Cherokee Road, Suite 1
Charlotte, NC 28207-1962

SunTrust Bank now Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Bank
PO Box 791278
Baltimore, MD 21279-1278

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

The Charlotte-Mecklenburg Hospital Authority
PO BOX 71108
CHARLOTTE, NC 28272-1108

U.S. Securities Exchange
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

Value Innovation Technolgies Corp
8350 Arrowridge Boulevard Suite A
Charlotte, NC 28273-5757

Wells Fargo
PO Box 1225
Charlotte, NC 28201

Wilmington Savings Fund Society, FSB, d/b/a
c/o PHH Mortgage
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Zwicker & Associates
80 Minutesman Road
Andover, MA 01810-1008

Calvin Ray Kennedy
4324 Satterwythe Lane
Charlotte, NC 28215-8511

Cynthia M. Kennedy
4324 Satterwythe Lane
Charlotte, NC 28215-8511

James Henderson
The Henderson Law Firm, PLLC
2030 South Tryon Street
Suite 3h
NC
Charlotte, NC 28203-5290

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Essendant, Co.                    (u)Fay Servicing, LLC                    (u)Ferguson Enterprises, LLC


End of Label Matrix
Mailable recipients    57
Bypassed recipients     3
Total                  60