

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 20−30208
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Calvin Ray Kennedy | Cynthia M. Kennedy |
| 4324 Satterwythe Lane | 4324 Satterwythe Lane |
| Charlotte, NC 28215 | Charlotte, NC 28215 |
| Social Security No.: xxx−xx−0696 | Social Security No.: xxx−xx−8335 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Response and Objection by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its Individual Capacity but Solely as Owner Trustee of Residential Credit Opportunities Trust II To Debtors Interrogatories and Request For Production Of Documents, et al. and Motion For Protective Order and Response and Objection By PHH Mortgage Services To Debtors' Interrogatories and Request For Production of Documents to PHH Mortgage Services and Motion for Protective Order filed in the above referenced case on 07/19/2022 as document(s) # 145, 146 is defective for the reason(s) marked below:

    Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: July 20, 2022                                                Steven T. Salata
                                                                                               Clerk of Court

Electronically filed and signed (7/20/22)