FILED & JUDGMENT ENTERED
Steven T. Salata

January 23 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-30208 |
| CALVIN RAY KENNEDY ) | Chapter 11 |
| CYNTHIA M. KENNEDY ) | |
| ) | |
| Debtors. | |

**ORDER SETTING HEARING AND DEADLINES ON APPLICATION FOR COMPENSATION FILED BY CREDITOR WILMINGTON SAVINGS TRUST SOCIETY, FSB D/B/A CHRISTINA TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST II [ECF DOC. NO. 133] AND DEBTORS RESPONSE AND OBJECTION THERETO [ECF DOC. NO. 135]**

THIS MATTER is before the Court on the Application for Compensation filed by Creditor Wilmington Savings Trust Society ("Wilmington"), FSB d/b/a Christina Trust not in its individual capacity but solely as Owner Trustee of the Residential Credit Opportunities Trust II (the "Application") and the Debtors' Response and Objection thereto (the "Objection").

It appearing to the Court that both parties have requested that the Court consider the entry of an interim order determining Wilmington's right to collect "fees on fees", which includes attorneys' fees and expenses incurred by Wilmington in defending the Application, and that a ruling on this issue may facilitate the possible settlement of the Application and Objection,

IT IS ORDERED as follows:

1. The Court shall hold a hearing on the "fees on fees" issue at 9:30 a.m. on February 21, 2023;

2. The parties shall submit any briefs or supporting memoranda to the Court by February 6, 2023; and

3. The parties shall submit any response to the briefs or supporting memoranda by February 13, 2023.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order. | United State Bankruptcy Court |