

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 20−30208
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Calvin Ray Kennedy | Cynthia M. Kennedy |
| 4324 Satterwythe Lane | 4324 Satterwythe Lane |
| Charlotte, NC 28215 | Charlotte, NC 28215 |
| Social Security No.: xxx−xx−0696 | Social Security No.: xxx−xx−8335 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Quarterly Fee Statement filed in the above referenced case on 02/17/2023 as document(s) # 174 is defective for the reason(s) marked below:

　　Division not included on Statement.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: February 17, 2023                                                                Steven T. Salata
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Electronically filed and signed (2/17/23)