FILED
U.S. BANKRUPTCY COURT, WDNC
JUN 14 2023
Steven T. Salata, Clerk
Charlotte Division/CCH

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                        )
                                              )  Case No.:    20-30208
Ray Kennedy                                   )
Cynthia Kennedy                               )
                                              )  Chapter 11
          Debtor(s).                          )

## QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING _____ March 31, 2023 .

**DISBURSEMENTS***

1. MONTH                                   DISBURSEMENTS
   January                                 $       16,601.72
   February                                $      133,392.78
   March                                   $       47,101.92
   TOTAL DISBURSEMENTS FOR QUARTER         $      197,096.42

2. QUARTERLY FEE OWED PURSUANT TO          $              788
   28 U.S.C. § 1930(a)(6)

3. QUARTERLY FEE PAID                      $              788

4. AMOUNT OF UNPAID FEES (IF ANY)          $                0

I, Ray Kennedy                    , acting as the duly authorized agent for the Debtor-In-Possession / Trustee / Plan Administrator declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 1/13/23         .        Ray and Cynthia Kennedy
                                For the Debtor-In-Possession / Trustee / Plan Adm.

(Print or type name and capacity    Name: Ray Kennedy
of person signing this              Title:
Declaration.)